UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAY SOUTHGATE,

               Plaintiff,         23-cv-8605 (JGK)

  - against -                       ORDER

PURECYCLE TECHNOLOGIES, INC., ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone on **February 20, 2024**, at **3:00 p.m.**, for oral argument on the motions to appoint lead plaintiff.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            February 15, 2024

                                              John G. Koeltl
                                       United States District Judge