UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAY SOUTHGATE,

                    Plaintiff,              23-cv-8605 (JGK)

      - against -                  ORDER

PURECYCLE TECHNOLOGIES, INC., ET AL.,

                    Defendants.

---

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record today, the motion to appoint James Smith to serve as lead plaintiff and to appoint Mr. Smith's attorneys as lead counsel, ECF No. 9, is **granted**. The Clerk is directed to close all pending motions.

The parties are directed to submit a stipulation by **February 26, 2024** with the time to file an amended complaint and the time to respond to the amended complaint and subsequent filings as directed by the Court.

SO ORDERED.

Dated:    New York, New York
           February 20, 2024

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                         United States District Judge