# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY SOUTHGATE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., DUSTIN OLSON, and LAWRENCE SOMMA,<br><br>Defendants. | Case No. 1:23-cv-08605-JGK<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR FURTHER PROCEEDINGS** |

WHEREAS, on February 20, 2024, pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 *et seq.* (the "PSLRA"), the Court appointed James Smith ("Smith") to serve as Lead Plaintiff and approved his selection of counsel (Dkt. No. 26, the "Order");

WHEREAS, in the Order, the Court also directed Lead Plaintiff and the Defendants[1] to submit a stipulation by February 26, 2024, setting forth a schedule for the amended complaint, a response to the amended complaint, and related filings as directed by the Court (Dkt. No. 26); and

WHEREAS, the Parties have conferred and agree that the following schedule complies with the directions of the Court;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1. Lead Plaintiff shall file an amended complaint ("AC") no later than April 5, 2024;

2. Defendants shall file a motion to dismiss the AC no later than May 6, 2024;

---

[1] The Defendants are PureCycle Technologies, Inc., Dustin Olson, and Lawrence Somma, (and together with Lead Plaintiff, the "Parties").

1

3.      Lead Plaintiff shall file an opposition to Defendants' motion to dismiss the AC *or* a second amended complaint ("SAC") no later than June 5, 2024;

4.      If Lead Plaintiff files an opposition to Defendants' motion to dismiss the AC, Defendants shall file a reply no later than June 25, 2024;

5.      If Lead Plaintiff files a SAC, Defendants shall file a motion to dismiss the SAC no later than July 8, 2024; Lead Plaintiff shall file an opposition no later than August 7, 2024; and Defendants shall file a reply to Lead Plaintiff's opposition no later than August 27, 2024.

[Signatures on the following page]

DATED: February 26, 2024

| **DECHERT LLP** | **GLANCY PRONGAY & MURRAY LLP** |
|---|---|

By: /s/ *Joni S. Jacobsen*
David H. Kistenbroker
Joni S. Jacobsen
35 West Wacker Drive, Suite 3400,
Chicago, IL 60601
Telephone: (312) 646-5811
Facsimile: (312) 646-5858
Email: david.kistenbroker@dechert.com
Email: joni.jacobsen@dechert.com

*Counsel for Defendants*

By:/s/ *Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

**SO ORDERED.**

Dated: 2/27, 2024

_____
Honorable John G. Koeltl
United States District Judge

3