AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JAY SOUTHGATE, Individually and On Behalf of All Others Similarly Situated, ) <br> *Plaintiff* ) <br> PURECYCLE TECHNOLOGIES, INC., DUSTIN OLSON, and LAWRENCE SOMMA, ) <br> *Defendant* ) | Case No.  1:23-cv-08605-JGK |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff James Smith                                                                                          .

Date:  03/06/2024

/s/ Casey E. Sadler
*Attorney's signature*

Casey E. Sadler  #274241
*Printed name and bar number*
Glancy Prongay & Murray, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067

*Address*

csadler@glancylaw.com
*E-mail address*

(310) 201-9150
*Telephone number*

(310) 201-9160
*FAX number*