**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAY SOUTHGATE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>PURECYCLE TECHNOLOGIES, INC., DUSTIN OLSON, and LAWRENCE SOMMA,<br><br>Defendants. | Case No. 1:23-cv-08605<br><br>**AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

# TABLE OF CONTENTS


I. NATURE OF THE ACTION ..... 1

II. JURISDICTION AND VENUE ..... 9

III. PARTIES ..... 9

A. Plaintiff ..... 9

B. Defendants ..... 10

IV. SUBSTANTIVE ALLEGATIONS ..... 11

A. Background Of PureCycle's Business ..... 11

B. PureCycle Fails To Complete The Ironton Facility Project By December 1, 2022, Falsely Blaming Forces Outside Its Control For Delays ..... 15

C. PureCycle Announces Completion Of The First Bondholder Milestone: Mechanical Construction Of The Ironton Facility ..... 18

D. PureCycle Represents To Investors That Ironton Facility Operations Are On Track While Unbeknownst To Investors, PureCycle's Relations With DB Further Deteriorate ..... 20

E. PureCycle Announces Completion Of The Second Bondholder Milestone; Unbeknownst To Investors, DB Has Abandoned The Site And PureCycle Is Scrambling To Pick Up The Pieces ..... 23

F. Defendants Continue To Tout The Progress Of Operations At The Ironton Facility And Raise Over $219 Million In Net Proceeds From An August 2023 Offering . 25

G. The Risks Of Defendants' Fraudulent Scheme Begin To Materialize On September 13, 2023 When Defendants Disclose Seal System Failures Have Shut Down Operations At The Ironton Facility ..... 28

H. The Risks Of Defendants' Fraudulent Scheme Further Materialize When Defendants Announce A Two-Week Shutdown In November 2023 To Address Ongoing Problems At The Ironton Facility ..... 30

I. PureCycle Faces Further Setbacks And Discloses To Investors That It Will Again Fail To Meet Its 50% Production Capacity Bondholder Milestone; PureCycle's Share Price Plummets By *43.5%* ..... 33

J. After The Class Period, The Risks Of Defendants' Fraudulent Scheme Continue To Materialize ..... 34

V. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS ..... 35

A. Defendants Misleadingly Tout The Progress Of Operations At The Ironton Facility ..... 35

B. Defendants Make Materially False And Misleading Statements In Connection With PureCycle's Failure To Meet Its September Bondholder Milestone ..... 46

C. Defendants Make Materially False And Misleading Statements In Connection With PureCycle's Failure To Meet Its December Bondholder Milestone ..... 57

VI. LOSS CAUSATION ..... 59

VII. ADDITIONAL SCIENTER ALLEGATIONS ..... 61

A. PureCycle's Dispute With Denham-Blythe Demonstrates Defendants' Scienter . 61

B. Defendants' Access To Information And Core Operations ..... 67

C. Defendants Had The Motive And Opportunity To Commit Their Fraudulent Scheme ..... 70

D. PureCycle Acted With Corporate Scienter ..... 75

VIII. PLAINTIFF'S CLASS ACTION ALLEGATIONS ..... 76

IX. APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE) ..... 79

X. NO SAFE HARBOR ..... 81

XI. CAUSES OF ACTION ..... 81

XII. PRAYER FOR RELIEF ..... 86

XIII. DEMAND FOR A TRIAL BY JURY ..... 86

Lead Plaintiff James Smith ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by PureCycle Technologies, Inc. ("PureCycle" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by PureCycle; (c) review and analysis of other publicly available information concerning PureCycle; and, (d) review and analysis of filings in other lawsuits which PureCycle is a party to.

## I. NATURE OF THE ACTION

1. This is a securities fraud class action on behalf of persons and entities that purchased or acquired PureCycle common stock between April 25, 2023 and December 18, 2023, inclusive (the "Class Period"), against the Defendants[1], seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2. During the Class Period, Defendants represented that PureCycle was progressing towards commercialization of PureCycle's sole business venture: its "novel" polypropylene recycling process, the production capacity of which would be demonstrated by PureCycle's first commercial-scale recycling facility located in Ohio, called the Ironton Facility.

[1] "Defendants" refers collectively to PureCycle, Dustin Olson ("Olson"), who was PureCycle's Chief Executive Officer ("CEO") at all relevant times, and Lawrence Somma ("Somma"), who was PureCycle's Chief Financial Officer ("CFO") at all relevant times. Olson and Somma are collectively referred to as the "Individual Defendants".

3. Polypropylene is a type of plastic used in a vast array of consumer goods, such as yogurt containers and shampoo bottles. However, nearly all polypropylene ultimately ends up in landfills or the ocean because the costs incurred to recycle polypropylene using current processes far outweighs the costs of new material. PureCycle claimed that when it commenced full-scale operations at the Ironton Facility, it would be able to recycle post-consumer polypropylene waste by turning it into "ultra-purified resin" pellets ("UPR") at a remarkable production capacity of ***107 million pounds per year.***

4. In October of 2020, PureCycle entered into a loan agreement with the Southern Ohio Port Authority ("SOPA"), whereby SOPA loaned PureCycle $250 million for the purpose of building the Ironton Facility. Under the SOPA Loan Agreement, PureCycle was required to complete the acquisition, construction, and equipping of the Ironton Facility by December 1, 2022.

5. In October of 2020, PureCycle also hired the Denham-Blythe Company, Inc. ("DB") to handle all aspects of constructing, equipping, engineering, commissioning and starting-up the Ironton Facility. DB commenced demolition and site clearing activities in connection with construction of the Ironton Facility in November of 2020.

6. PureCycle failed to complete the Ironton Facility by the December 1, 2022 deadline under the SOPA Loan Agreement, citing "the COVID-19 outbreak, the ongoing military conflict between Russia and Ukraine, and certain U.S. weather-related events." PureCycle reached an agreement with SOPA to amend the SOPA Loan Agreement on March 15, 2023, shortly before the start of the Class Period, which would waive PureCycle's default for failure to meet the December 1, 2022 deadline. However, the amended agreement set forth numerous additional deadlines and conditions that PureCycle was required to meet.

7. During the Class Period, Defendants represented to investors that they were on track towards commercialization of PureCycle's recycling process at the Ironton Facility and that they would easily meet their bondholder milestones under the SOPA Loan Agreement. However, unbeknownst to investors, due to ongoing deficiencies in DB's performance which had existed since November of 2020, the Ironton Facility project had been perpetually behind schedule and over budget.

8. DB did not have experience with chemical manufacturing plants. DB primarily built retail facilities and warehouses. PureCycle became aware that DB was not right for the job shortly after construction on the Ironton Facility commenced, in November of 2020. Among other things, DB lacked sufficient engineering experience resulting in insufficient, incomplete, or nonexistent engineering drawings; DB was unable to properly manage contractors and sometimes hired multiple contractors to do the same task; DB had no system to log and organize materials, resulting in materials being strewn about the site, such that by the time necessary materials were found, they were rusted and unusable.

9. Still, until January 31, 2023, PureCycle approved every request DB made to extend the project schedule and increase the project budget. For example, in August of 2022, DB requested a 60-day extension of the project schedule deadlines and additional payment, which PureCycle approved; on November 22, 2022, just days before the deadline to fully complete the Ironton Facility under the original SOPA Loan Agreement, DB requested another project schedule extension and additional payment because the Ironton Facility was *months* away from being complete. PureCycle approved DB's November 22, 2022 request with the understanding that DB would not seek further extensions of the project schedule or further increases in funds.

10. PureCycle was able to work out an agreement with SOPA to the parties' agreement, under which SOPA waived PureCycle's default for failure to complete the Ironton Facility by December 1, 2022. But SOPA set forth a number of additional milestones that PureCycle would be required to meet going forward and required PureCycle to deposit $87.3 million in a trust account as collateral.

11. On January 31, 2023, DB made *another* request to extend the project schedule and requested $1.2 million in additional payment. PureCycle denied DB's request in late February of 2023.

12. By the start of the Class Period, relations between PureCycle and DB had significantly deteriorated following PureCycle's denial of DB's January 31, 2023 change order request and the parties were scheduled to attend mediation in May. PureCycle was under immense pressure not to default on any further bondholder milestones under the SOPA Loan Agreement. PureCycle was also under immense pressure to demonstrate proof of concept at the Ironton Facility because PureCycle had already commenced plans to build additional facilities that were to be modeled after the Ironton Facility; financing of these follow-on operations was dependent on the success of the Ironton Facility.

13. On April 25, 2023, the first day of the Class Period, Defendants announced that they had timely met the first bondholder milestone—completion of mechanical construction of the Ironton Facility. Defendants told investors, "[n]ow that construction is complete, we can begin our ramp-up plan and start producing UPR pellets[.]"

14. Defendants continued to tout positive progress at the Ironton Facility during May 2023 but did not tell investors that DB and PureCycle had attended two mediation sessions that month which were unsuccessful, resulting in a further breakdown of the parties' relations.

15. On June 20, 2023, Defendants announced timely completion of the second bondholder milestone—production of plastic pellets from post-industrial polypropylene waste. Defendants represented to investors that PureCycle was on track to achieving its forthcoming bondholder milestones and that operations at the Ironton Facility were progressing extremely well. PureCycle was finally able to obtain necessary financing for its most ambitious project—a recycling facility in Augusta, Georgia, which Defendants claimed would have even greater production capacity than the Ironton Facility.

16. By this time, unbeknownst to investors, DB had abandoned the Ironton Facility project and declined to assist PureCycle in start-up and commissioning activities at the facility. The relationship between PureCycle and DB had fully deteriorated. PureCycle discovered on June 14, 2023 that Ironton Facility project documents had been deleted or made inaccessible to PureCycle. In the days following this discovery, DB made an arbitration demand on PureCycle and filed a mechanic's lien against PureCycle, seeking over $17 million that it claimed was owed to it by PureCycle.

17. After making the first run of plastic pellets at the Ironton Facility on June 20, 2023, during the time that Defendants should have been working towards achievement of the next bondholder milestone—production of 4.45 million pounds of plastic pellets by September 30, 2023—PureCycle had no choice but to undertake an inspection of all systems at the facility in an attempt to confirm what DB had and had not done properly and make any necessary fixes. During this time, PureCycle discovered, among other issues, that DB had installed a critical value in a butane system incorrectly, which presented a major safety hazard. PureCycle had to hire two third-party contractors to complete DB's work. Significant additional delays in necessary validation processes resulted.

18. On August 8, 2023, Defendants misleadingly told investors that operations at the Ironton Facility had been shut down after PureCycle had met its bondholder milestone of producing its first run of plastic pellets on June 20, 2023 and throughout the entire month of July to work through "a series of commissioning details" and that the remaining "minor mechanical items" still left to work through would "not impact plant operations." Defendants assured investors they were on track to achieving their bondholder milestones, and would even "have a shot at achieving the [production of 4.45 million pounds of plastic pellets] milestone in August", ahead of the September 30, 2023 deadline.

19. On August 21, 2023, Defendants announced a private offering of PureCycle's convertible senior notes. On August 24, 2023, PureCycle announced the completion of the offering, which had resulted in net proceeds of approximately $219.25 million. The proceeds infused PureCycle with much-needed cash.

20. On September 13, 2023, the risks of Defendants' fraudulent scheme first materialized during the Class Period when Defendants disclosed that on August 7, 2023, there had been a full plant power outage at the Ironton Facility, which caused a seal system failure that occurred on September 3, 2023. Defendants stated that they had shut down the Ironton Facility on September 3, 2023 to address the seal issue and had "initiated restart procedures at the Ironton Facility on September 11, 2023[,]" but admitted that they were ***"unable to eliminate the risk that the restart will be unsuccessful, or whether other failures resulting from the August 7, 2023 power outage may be discovered in the future."*** However, the Company did not disclose (as former employees of PureCycle would later reveal) that the seal system which ultimately failed on September 3, 2023 had been experiencing ongoing problems since April of 2023, well before the August 7, 2023 power outage.

21. Defendants also disclosed on September 13, 2023 that they had issued a Notice of a Force Majeure Event under the SOPA Loan Agreement, asserting that a failure or delay in the performance of PureCycle's next bondholder milestone, which required PureCycle to produce 4.45 million pounds of plastic pellets by September 30, 2023, arose out of or was caused by forces beyond PureCycle's control—namely, a loss of or malfunction of utilities.

22. On the September 13, 2023 news, PureCycle's share price dropped by $1.39 per share, or ***18.4%,*** from $7.17 per share to close at $6.18 per share on September 14, 2023, on unusually heavy trading volume.

23. It was not until *September 30, 2023* that PureCycle was able to restart operations at the Ironton Facility following the September 3, 2023 shutdown. But as investors would later find out, PureCycle still had not fully addressed the seal issues.

24. On November 7, 2023, after close of market, PureCycle issued a press release which disclosed that PureCycle would shut down the Ironton Facility for two weeks in November to address various "challenges" and make "operational improvements". The November 7, 2023 press release quoted Olson as reassuring investors that ***"[m]ost of the challenges we have faced since we first produced pellets in June have been mechanical in nature and part of the operational learning curve."***

25. On November 8, 2023, Defendants provided further detail about the "improvements" they would make during the two-week outage, which would be completed on November 22, 2023. Defendants reassured investors that production rates had been improving continuously at the facility, but that they had not met their expected goals due to a lack of an automated screen changer, and a few "minor" mechanical issues that were to be expected of any startup and which they would be able to fully address during the outage. Defendants assured

investors that ***"[a]fter the outage is completed, we will restart the production at 50% rates. We will work our rates toward higher levels with the express goal to make 4.45 million pounds in December."***

26. On November 9, 2023, PureCycle filed a Form 10-Q with the SEC which disclosed that PureCycle and SOPA had executed a second limited waiver agreement, which would waive PureCycle's event of default for failure to produce 4.45 million pounds of plastic pellets by September 30, 2023. SOPA agreed to extend the September milestone deadline to December 31, 2023, and pushed PureCycle's remaining bondholder milestones out by 3 months. PureCycle was required to deposit another $50 million in collateral into a trust account and PureCycle agreed to withdraw its force majeure notice of September 13, 2023, which SOPA had disputed.

27. On this news, PureCycle's share price fell by $0.64, or ***14.7%,*** from $4.36 per share to close at $3.72 per share on November 8, 2023, on heavy volume. The Company's share price continued to fall the next trading day, dropping another $0.63 per share, or ***16.9%,*** to close at $3.09 per share on November 9, 2023, on heavy volume.

28. On December 18, 2023, before the market opened, Defendants disclosed in a press release that they would not meet the December milestone to produce 4.45 million pounds of plastic pellets by December 31, 2023. Defendants stated that "[t]he Ironton Facility] successfully restarted following a November outage to address a number of key reliability issues[,]" but then ***"a couple of mechanical problems arose last week … The primary issues surrounded a leaking block valve and a mechanical seal failure. The Ironton facility was safely shut down[.]"***

29. On this news, PureCycle's share price plummeted yet again, by $2.16, or ***43.5%,*** from $4.96 per share to close at $2.80 per share on December 18, 2023, on unusually heavy trading

volume. As a result of Defendants' fraudulent conduct during the Class Period, investors lost millions.

## II. JURISDICTION AND VENUE

30. The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

31. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

32. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District.

33. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## III. PARTIES

### A. Plaintiff

34. Lead Plaintiff James Smith ("Plaintiff"), as set forth in the previously filed certification (Dkt. No. 11-2), incorporated by reference herein, purchased PureCycle securities at artificially inflated prices during the Class Period and suffered damages as a result of the federal

securities law violations and false and/or misleading statements and/or material omissions alleged herein.

**B. Defendants**

35. Defendant PureCycle is incorporated in Delaware and its principal executive offices are located at 5950 Hazeltine National Drive, Suite 300, Orlando, Florida 32822. PureCycle's common stock trades on the NASDAQ under the ticker symbol "PCT." PureCycle's warrants and units trade on the NASDAQ under the ticker symbols "PCTTW" and "PCTTU," respectively.

36. Defendant Dustin Olson ("Olson") has served as the Company's Chief Executive Officer ("CEO") from August 5, 2022 to present.

37. Defendant Lawrence Somma ("Somma") was the Company's Chief Financial Officer ("CFO") from November 2021 until his resignation, which was effective December 1, 2023.

38. Defendants Olson and Somma are sometimes referred to herein together as the "Individual Defendants".

39. The Individual Defendants possessed the power and authority to control the contents of PureCycle's SEC filings, press releases, and other market communications. The Individual Defendants were provided with copies of PureCycle's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of their positions with PureCycle, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were

then materially false and misleading. The Individual Defendants are liable for the false statements and omissions pleaded herein.

## IV. SUBSTANTIVE ALLEGATIONS

### A. Background Of PureCycle's Business

40. PureCycle was founded in April 2015, and has sustained recurring losses, negative cash flows, and has never earned any revenue since its inception.

41. PureCycle's business is entirely comprised of developing and commercializing a process for recycling polypropylene that was developed and licensed by Procter & Gamble. Polypropylene is one of the most commonly used plastics in the world. Polypropylene is used in a wide variety of products that consumers commonly encounter, such as cleaning supply containers, containers for toiletries such as shampoo and deodorant, tote bags, children's toys, medical supplies such as disposable syringes and pill containers, and auto parts such as bumpers and instrument panels. Packaging for most consumer products displays a recycling symbol that looks like arrows forming a triangle with a number between 1 and 7 inside; the number is a resin identification code which identifies the plastic resin out of which the product is made. Polypropylene products are marked with resin identification code number "5".

42. Polypropylene's low cost, durability, flexible properties, high melting point and lighter density make it both more commercially desirable and more difficult to recycle than other plastics. Each year over 150 billion pounds of polypropylene are manufactured and incorporated into consumer products, but less than 1% of post-consumer polypropylene is recycled. Greenpeace estimated in late July of 2022 that less than 30% of Americans even have access to recycling systems that accept polypropylene.

43. Polypropylene products are not accepted by the vast majority of curbside municipal recycling programs because such products are difficult to sort due to their variety of shapes, sizes, colors, and because many polypropylene products contain unsafe additives that contaminate the recycling stream. Current technologies limit recycling facilities from sorting plastic by polymer type; for example, there is no efficient or effective mechanism to differentiate between a bleach container and an orange juice container.

44. To the extent polypropylene recycling is conducted currently, it is either performed through chemical recycling or mechanical recycling, but more commonly through mechanical recycling. Chemical recycling utilizes a combination of high energy, heat, pressure and other chemicals to break polypropylene waste down into a basic form while burning off and removing contaminants; further processing is then required to make the product usable as a plastic. Chemical recycling is costly, requires very high energy expenditures and results in significant carbon dioxide emissions. Mechanical recycling consists of optical sorting, manual sorting, washing, density or electrostatic separation, shredding, compounding, and pelletizing – a costly, time-consuming and imprecise process that generally cannot decontaminate polypropylene waste sufficiently enough for the material to meet the requirements to be made into food and consumer grade packaging. Ultimately, the value of the raw material is lower than the costs associated with recycling propylene using current processes.

45. Consequently, massive quantities of polypropylene end up in landfills and in the ocean. Polypropylene degrades very slowly, taking about twenty to thirty years to fully decompose. This poses a severe threat to the environment and human health because common additives used in manufacturing polypropylene products such as cadmium and lead are toxic and

leach into the environment over time. When polypropylene products are burned, harmful vinyl chloride and dioxins are discharged into the environment.

46. PureCycle touted the ability of its "proprietary purification process" to address the growing use of polypropylene, the growing demand for more sustainable products, and the inadequacy of existing polypropylene recycling processes. PureCycle's recycling process purportedly converts polypropylene waste, referred to as "feedstock" or "feed", into "ultra-pure recycled polypropylene" pellets (referred to as "UPR" or "UPRP") that are equivalent to brand new, or "virgin", polypropylene. Feedstock is categorized as either post-industrial, or post-consumer. Post-industrial feedstock refers to polypropylene waste generated by manufacturing processes; post-industrial feedstock is easier to recycle into UPR because its material composition is known and is typically made of consistent and high quality materials. Post-consumer feedstock is end-user waste that is extremely variable in its characteristics and is typically contaminated (for example, yogurt containers and shampoo bottles); as such, post-consumer feedstock is much more difficult to recycle into UPR than post-industrial feedstock.

47. PureCycle's recycling process consists of two steps: feed pre-processing and the use of PureCycle's recycling technology for purification. Feed pre-processing involves collecting, sorting, and preparing the polypropylene for purification. The purification process uses a combination of solvents, temperature, and pressure to turn polypropylene waste into pellets which can be used by manufacturers to make new products. PureCycle claims that its purification process uses "super critical fluids that both extract and filter out contaminants and purify the color, opacity, and odor of the plastic without changing the bonds of the polymer. By not altering the chemical makeup of the polymer, the Company is able to use significantly less energy and reduce production costs as compared to virgin resin."

48. In July of 2017, PureCycle commenced construction of its recycling pilot plant facility, called the Feedstock Evaluation Unit ("FEU"), in Ohio. The FEU became operational in July 2019. The purpose of the FEU was to test and optimize the efficiency and throughput of PureCycle's recycling process, equipment, configuration, plant construction and plant operation on a smaller scale such that Defendants could then apply their learnings to PureCycle's future full-scale commercial recycling operations, with the goal of opening PureCycle's first full-scale commercial recycling facility in late 2020 in Ironton, Ohio—the Ironton Facility.

49. Defendants claimed the Ironton Facility would have a remarkable production capacity of approximately ***107 million pounds of UPR per year*** when fully operational, which PureCycle claimed it would be able to sell for approximately $0.75 to $1.50 per pound.

50. On October 1, 2020, PureCycle entered into a loan agreement with the Southern Ohio Port Authority ("SOPA") (a government entity which has certain powers in the areas of real estate development and constructing certain facilities) whereby SOPA issued certain revenue bonds and loaned the proceeds from the sale, which amounted to approximately $250 million, to PureCycle to be used to acquire, construct, and equip the Ironton Facility (the "SOPA Loan Agreement").

51. The SOPA Loan Agreement set forth December 1, 2022 as the deadline for PureCycle to complete the Ironton Facility project.

52. On October 7, 2020, PureCycle entered into an agreement with Denham-Blythe Company, Inc. ("DB" or "D-B"), under which DB would be responsible for every aspect of completing the Ironton Facility as required by the SOPA Loan Agreement. DB would be responsible for designing, engineering, procurement, construction and installation, workmanship, inspection, and all other support necessary for building, commissioning and starting up the facility.

In November of 2020, DB commenced site clearing and demolition activities in connection with construction of the Ironton Facility.

53. In March of 2021, PureCycle was acquired by Roth CH Acquisition I Co. ("ROCH"), a publicly traded blank-check special purpose acquisition company ("SPAC") formed in 2019 for the sole purpose of effecting a business combination through an acquisition with one or more other businesses. ROCH acquired PureCycle via a "de-SPAC" transaction, a type of reverse merger, which closed on March 17, 2021. On March 18, 2021, PureCycle's common stock, warrants, and units started to trade on the NASDAQ.

54. PureCycle represented to investors that after years of minimal prospects, its business was finally taking off. On July 29, 2021, PureCycle announced that it had secured a site location for what would be its second purification facility after the Ironton Facility, in Augusta, Georgia; in October 2022, PureCycle announced a joint venture to establish PureCycle's first Asian purification facility in South Korea; and in January 2023, PureCycle announced that it had secured a site for its first European purification facility in Belgium.

**B. PureCycle Fails To Complete The Ironton Facility Project By December 1, 2022, Falsely Blaming Forces Outside Its Control For Delays**

55. Before the start of the Class Period, on March 15, 2023, PureCycle disclosed in a Form 8-K filed with the SEC (the "March 15, 2023 Form 8-K") that it had failed to complete construction of the Ironton Facility by the December 1, 2022 deadline required under the SOPA Loan Agreement, which constituted an event of default. Accordingly, SOPA had agreed to enter into a limited waiver agreement with PureCycle, under which SOPA waived PureCycle's event of default. In exchange, PureCycle was required to deposit approximately $87.3 million with the trustee and to close a financing transaction by March 31, 2023 that provided at least $150 million

of working capital that would be available for PureCycle to put towards completion of the Ironton Facility.

56. The amended agreement further required PureCycle to meet a number of milestones that the original agreement had not set forth, including, but not limited to:

> (i) completion of mechanical construction of the Ironton Facility by June 30, 2023, which would be evidenced by a certification from the Construction Monitor[2];
>
> (ii) commence production of UPR pellets made from post-industrial feedstock by no later than July 1, 2023, which would be evidenced by a certification from the Construction Monitor;
>
> (iii) achieve 50% operating capacity by September 30, 2023, which would require production of 4.45 million pounds of UPR pellets in a single month by September 30, 2023;
>
> (iv) complete performance testing by November 30, 2023, which would require running the Ironton Facility at 100% capacity for 24 hours per day for a five-day period;
>
> (v) full acquisition, construction and equipping of the Ironton Facility by December 31, 2023;
>
> (vi) achieve 100% operating capacity by January 31, 2024, which would require production of 8.9 million pounds of UPR pellets from feedstock in a single month by January 31, 2024, and;
>
> (vii) achieve fully-ramped production to the facility's "nameplate capacity of 107 million pounds per year" of UPR by no later than January 31, 2024.

57. Defendants stated in the March 15, 2023 Form 8-K that their failure to meet the December 1, 2022 deadline was ***"due to a variety of challenges, resulting from, among other things, the COVID-19 outbreak, the ongoing military conflict between Russia and Ukraine, and certain U.S. weather-related events."***

---

[2] Under the SOPA Loan Agreement, PureCycle was required to consent to the appointment of a Construction Monitor. The Construction Monitor would serve as an independent, third-party engineer for the benefit of the SOPA bondholders. The Construction Monitor was to provide regular progress reports about the Ironton Facility project to the bondholders, which would, *inter alia,* detail PureCycle's adherence (or lack thereof) to the expected constructed timeline and PureCycle's adherence (or lack thereof) to the expected construction budget. Leidos Engineering, LLC ("Leidos" or the "Construction Monitor") was appointed as the Construction Monitor under the SOPA Loan Agreement.

58. However, unbeknownst to investors, starting almost immediately after construction commenced in November of 2020, things started to go wrong. The project was perpetually behind schedule and increasingly over budget. Among the issues plaguing the project, which PureCycle blamed on DB, were: insufficient, incomplete, or nonexistent engineering drawings, failures to timely order necessary materials, a deficient system to log and organize materials, and an ineffective system for managing how and when subcontractors would perform their work.

59. DB did not have piping and instrument diagrams, which meant that piping subcontractors were performing work without established and approved engineering drawings to guide their work. On multiple occasions, subcontractors were mistakenly assigned the same tasks, resulting in duplicative work and increased costs. Piping was available but could not be installed because structural steel had not been timely ordered. Deliveries of material were strewn about the site and not properly logged upon arrival; it would take hours to find materials and sometimes material had rusted or otherwise been rendered unusable by the time it was found and then new material would have to be ordered.

60. Nonetheless, PureCycle approved numerous change order requests submitted by DB, which extended the project schedule and increased costs under the contract. For example, in August of 2022, PureCycle approved a change order which extended the project schedule by 60 days and increased the contract sum. On November 22, 2022, DB submitted another change order request, seeking another extension of the project schedule and an additional $934,000. At this point, the December 1, 2022 deadline for completion of the Ironton Facility project was days away, but *months* of work were still needed. PureCycle approved the November 22, 2022 change order with the understanding that no further change orders related to extensions of the project schedule or increased costs would be approved.

61. On January 31, 2023, DB submitted yet another change order request, seeking an additional $1.2 million and a further extension of the project schedule. After PureCycle declined to approve the change order in late February 2023, PureCycle and DB became engaged in increasingly hostile negotiations over the change order request throughout March 2023, with each blaming the other for the project's delays and cost overruns. DB issued a notice of payment default to PureCycle on April 11, 2023, which PureCycle disputed. By the start of the Class Period on April 25, 2023, PureCycle and DB's relationship was crumbling. DB had threatened to walk off the job and, as required by the construction contract, PureCycle and DB had scheduled a mediation session on May 3, 2023 to attempt to resolve their dispute.

### C. PureCycle Announces Completion Of The First Bondholder Milestone: Mechanical Construction Of The Ironton Facility

62. On April 25, 2023, the first day of the Class Period, PureCycle issued a press release entitled **"PURECYCLE'S FLAGSHIP POLYPROPYLENE PURIFICATION PLANT REACHES MECHANICAL COMPLETION"** (the "April 25, 2023 Press Release"). Under the limited waiver agreement, PureCycle's first bondholder milestone required PureCycle to complete mechanical construction of the Ironton Facility by no later than June 30, 2023, evidenced by a certification signed by the Construction Monitor. As of the April 25, 2023 Press Release, Defendants had submitted the requisite certification to the Construction Monitor, but it had not yet been signed and returned by the Construction Monitor. but represented to investors that the first major step towards commercialization had been met.

63. The April 25, 2023 Press Release represented to investors that the first major step towards commercialization had been met. Specifically, the April 25, 2023 Press Release stated:

> ***[T]he Ironton Facility will now begin operational pre-startup, safety review processes, and the march toward initial pellet production[.]***
>
> ***

> ***"2023 will continue to be an exciting year for PureCycle as we kick off operations at our flagship facility in Ironton. Now that construction is complete, we can begin our ramp-up plan and start producing UPR pellets,"*** said Dustin Olson, PureCycle's CEO. "This is a transformative moment for PureCycle …. We can't wait to bring our sustainable, high-quality, no-compromise UPR resin to our customers and start to create a truly circular economy for plastics."

64. The Construction Monitor's report dated April 26, 2023, revealed a different story from what Defendants represented to investors though. The Construction Monitor's report stated, "[d]uring our review[,] our observations indicated that progress made through the Relevant Period was not commensurate with Project objectives." The Construction Monitor reported that PureCycle had not met any of the planned dates for completion of key milestones under the construction plan and considering that mechanical completion of construction had not occurred until April 25, 2023, PureCycle could not reasonably expect to meet its forecasted deadlines under the construction plan either. Specifically, the Construction Monitor's report noted the following planned and forecasted dates for completion of the project's milestones:

**Table 2**
**Key Completion Milestone Dates (1)**

| Key Event | Planned Date (1) | Forecasted/ Actual Date (2) |
|---|---|---|
| ISBL Hot Commissioning and Start-Up Milestones | | |
| Facility Ready for Solvent Introduction | February 7, 2023 | April 24, 2023 |
| Initial Production on Virgin (Post-Industrial) Feed | February 15, 2023 | May 6, 2023 |
| Initial Production on (Post-Consumer) Recycled Feed | March 2, 2023 | May 11 2023 |
| Process Capable of Running at 100 Percent Rates (Performance Test Capable) | March 7, 2023 | May 19, 2023 |
| | | |
| Major Completion Milestones | | |
| Commercial Operations (Initiation of Polymer and First Sale of Product) | February 15, 2023 | May 6, 2023 |
| Target Substantial Completion | March 20, 2023 | May 26, 2023 |

1) Targeted dates based on the March 2023 Monthly Construction Report.
2) An (A) after a date indicates an actual date or completed activity.

65. On May 1, 2023, PureCycle issued a press release which announced that the Construction Monitor had issued the requisite certification of completion of mechanical construction of the Ironton Facility. The press release quoted Olson as follows:

> ***"Formal certification from our independent construction monitor is another important step in PureCycle's journey to successfully scale up this technology,"*** said Dustin Olson, PureCycle's CEO. "This is the culmination of thousands of hours of work from individuals who are committed to our mission to revolutionize plastic into a renewable resource. ***With this certification, our Ironton team closes the first milestone and can fully focus on the production of our UPR pellets."***

**D. PureCycle Represents To Investors That Ironton Facility Operations Are On Track While Unbeknownst To Investors, PureCycle's Relations With DB Further Deteriorate**

66. On May 3, 2023, DB and PureCycle attended mediation, which was not successful. The parties scheduled another mediation session for May 12, 2023.

67. On May 9, 2023, Defendants announced in a press release that the Ironton Facility was ready to receive solvent and represented to investors that commercial operations were right around the corner. Specifically, the press release stated:

> Dustin Olson, PureCycle's Chief Executive Officer, said, ***"Our flagship facility in Ironton is days away from beginning the start-up phase of commercial pellet production of ultra-pure recycled ("UPR") resin ....With that in mind, we are excited to begin safely ramping up commercial operations and the production of UPR resin in our state-of-the-art purification facility in Ironton."***
>
> **<u>Ironton Update</u>**
>
> ***The Company's flagship purification facility in Ironton is certified mechanically complete, has completed the pre-startup PSM certification required for solvent deliveries and all core operating systems have been commissioned and are ready for startup. The first solvent delivery was received, and the Company expects to start producing pellets from virgin resin feedstock in the next few weeks. We will then plan to introduce post-industrial and post-consumer feedstock into the purification process and begin producing UPR resin pellets for sale and distribution to customers.***
>
> PureCycle's ramp-up strategy is to gradually increase plant capacity utilization while scaling in higher volumes of feedstock deliveries and customer offtake shipments. ***Management remains confident that PureCycle will achieve the operational milestones as set out in the bondholder limited waiver agreement executed in March in a timely manner.***

68. On May 9, 2023, the Company held a public conference call to discuss its Q1 2023 results (the "May 9, 2023 Call"). On the May 9, 2023 Call, Olson represented to investors that

operations at the Ironton Facility were on track and that PureCycle had worked through its initial "teething challenges". Specifically, Olson stated:

> ***We have the initial solvent-charged delivery schedule over the next five days and then expect to circulate solvent early next week. All of our core operations have been commissioned and are ready for startup. We are on track to begin commercial pellet production using the first post-industrial recycle and then post-consumer recycled feed in the second quarter.***
>
> ***We still expect to be able to complete our start-up timeline in order to meet the milestones as outlined in the recent bondholder agreement. Our goal is to produce between 45 million and 75 million pounds of ultra-pure recycled resin in 2023 ….***
>
> This project has been a testament to grit, determination, and a desire to finish. ***As you can imagine, there are a number of minor equipment issues when starting up the facility and our team has been managing through all of those challenges. This is normal. They are teething challenges for all new technologies.***
>
> ***We've spoken several times about needing to work through the early startup headaches, and this is what we're doing. While we have encountered some delays over the last two months, we're now excited to move forward with startup. I can tell you personally that the plant just feels different now. There's a new energy building within our team, and we are ready to run this facility ….***
>
> ***We are currently in the following position: completed key pre-startup and safety requirements; utility plant is operational and in service, PreP is operational and in service; flare systems are operational and in service; extruders are commissioned and ready for startup.***

69. On the May 9, 2023 Call, Olson represented to investors that PureCycle had "purposefully" slowed down startup and commissioning activities at the Ironton Facilities to ensure the safety and efficacy of operations. Specifically, Olson stated:

> ***[W]e purposefully slowed down our process for solvent introduction in order to more effectively facilitate a path to mechanical completion.*** This ultimately slowed down our initial forward progress, but also helped us to build a better long-term foundation for steady operations.
>
> ***Given this is our first facility, we took extra time preparing the plant through a process called PSSR, or pre-startup and safety review.*** This involves final operations checks, safety walk-downs, final equipment commissioning. During this

process, we spent a significant amount of time testing instrumentation, working valves to ensure we are ready to operate. ***This is all now complete.***

Yesterday, we cleared another major hurdle and accepted solvent to the site for the first time. ***This is a big step and paves the way for commercial operations.***

***

***[N]ow we're truly in full operations mode and just running the plant through the paces until we get the first pellets. We feel like Ironton is now truly operational.***

70. Defendants did not disclose to investors that they were far behind schedule in meeting their significant project milestones under the Ironton Facility construction plan. Indeed, under the construction plan, the planned date to ready the facility for solvent (which Defendants had announced completion of on May 9, 2023) had been February 7, 2023, and the forecasted date to meet this milestone had been April 24, 2023.

71. Under the SOPA Loan Agreement, PureCycle was required to submit a quarterly summary of data concerning operations at the Ironton Facility. PureCycle's Q1 2023 quarterly summary of data further contradicted Defendants' positive statements on May 9, 2023. PureCycle's quarterly data revealed that the hours of operations for the Ironton Facility over Q1 2023 were ***"not applicable …. The plant will be operational in Q2."*** Further, PureCycle's quarterly submission summary for Q1 2023 indicated the following:

| | |
|---|---|
| **Operating Statements** | |
| **a) Budget to Actual for the period** | a) Refer to budget to actual |
| **b) Total product sold** | b) Not applicable for Q1. There has been no product sold. |
| **c) Amount of Product sold under offtake contracts (in total) and amount of other products sold (with information about sale/purchaser)** | c) Not applicable for Q1. There has been no product sold under Offtake Contracts or of other Products which require disclosure. |
| **d) Production Yield and values by weight/value** | d) Not applicable until production begins. |
| **e) Supplied waste processed by weight / values** | e) Not applicable for Q1. |
| **f) IHS/Chemical Data indices used** | f) Not applicable for pricing for Q1 |
| **g) Terms/ extensions / replacements of Offtake or Feedstock contracts** | g) None other than those previously disclosed. |
| **h) Additional production capacity under development** | h) Not applicable. There have been no changes to production capacity. |
| **i) hours of operation for the Project** | i) Not applicable for Q1. The plant will be operational during Q2. |

72. PureCycle and DB's second mediation session on May 12, 2023 was al;so unsuccessful. On May 17, 2023, DB issued a renewed payment default notice to PureCycle, which PureCycle declined to cure. Relations between the parties further deteriorated.

### E. PureCycle Announces Completion Of The Second Bondholder Milestone; Unbeknownst To Investors, DB Has Abandoned The Site And PureCycle Is Scrambling To Pick Up The Pieces

73. On June 20, 2023, PureCycle issued a press release which announced that it had met the second bondholder milestone under the SOPA Loan Agreement: production of plastic pellets. The press release announced:

> ***[PureCycle] today successfully produced the first run of Ultra-Pure Recycled (UPR) resin from post-industrial recycled material at commercial scale.*** This is the first step in operating PureCycle's flagship polypropylene (PP) purification facility in Ironton, Ohio. Once fully operational, the Ironton facility is projected to have an annual production capacity of 107 million pounds of UPR resin.
>
> This run of post-industrial material allowed PureCycle's manufacturing team to test the core technology concepts across various operating conditions.
>
> PureCycle CEO Dustin Olson said, "This is a momentous achievement for all of the stakeholders that believed in us, for PureCycle, and most importantly, our Planet. ***No one here today will ever forget the feeling when the commercial scale pellets were produced for the first time. With this major milestone complete, we have demonstrated that the fundamental technology works as expected, and at scale.*** This is another important step in our mission towards helping to solve the plastic waste crisis. ***We will now build upon this accomplishment to optimize our***

> ***process in order to demonstrate our technology across a variety of operating conditions and feedstocks."***

74. Under the Ironton Facility construction plan, as revealed by the Construction Monitor's report, the planned date for completion of this milestone had been February 15, 2023 and the forecasted date for completion had been May 6, 2023. Further, under the SOPA Loan Agreement, completion of this milestone required a signed certification from the Construction Monitor, which Defendants had not yet obtained at the time of their June 20, 2023 announcement.

75. Defendants also did not disclose to investors that by the time of their June 20, 2023 announcement, DB had abandoned the Ironton Facility project, leaving PureCycle scrambling to start-up and commission the facility. On June 14, 2023, PureCycle discovered that documents about the Ironton Facility which had been stored on a document server shared with DB, had been deleted or made inaccessible to PureCycle, which PureCycle blamed on DB. On June 16, 2023 DB filed a demand for binding arbitration, seeking approximately $17 million that it claimed PureCycle owed to it, and on June 21, 2023, DB filed a mechanic's lien against PureCycle for the same sum.

76. With DB gone from the project site and missing project documents, instead of focusing on producing more pellets after the first run on June 20, 2023, PureCycle was forced to undertake an inspection of all facility systems to identify what had and had not been done properly by DB and make any necessary repairs. During this process, PureCycle discovered, among other issues, that a critical value in a butane system had been installed incorrectly, posing a serious potential safety hazard. PureCycle had to hire two third-party contractors to help complete the work DB had left unfinished, which further increased costs of the project. These events caused significant delays in necessary validation processes for starting-up and commissioning the Ironton Facility and put PureCycle even further behind in achieving its remaining bondholder milestones.

77. PureCycle's share price soared to a Class Period high of $11.84 per share on July 31, 2023.

### F. Defendants Continue To Tout The Progress Of Operations At The Ironton Facility And Raise Over $219 Million In Net Proceeds From An August 2023 Offering

78. On August 7, 2023, while PureCycle was still in the midst of dealing with the impact of its fallout with DB, a full power outage shut operations down at the Ironton Facility for about a day and damaged a seal system.

79. Nonetheless, on August 8, 2023, Defendants held a public conference call (the "August 8, 2023 Call") to discuss PureCycle's Q2 2023 results and reiterated to investors that operations were on track and progressing well at the Ironton Facility. Specifically, Olson stated,

> ***Ironton is operational** . . . . **As you know, we accomplished the first two bondholder milestones, and for the first time, produced pellets at commercial scale. We are well-positioned to accomplish the remaining milestones. Ironton is running and raising production rates every day.***

80. PureCycle's quarterly summary data under the SOPA Loan Agreement seemed to tell a different story though. PureCycle's quarterly summary data indicated that during Q2 2023, there had been no production yield, no feedstock processed, and zero hours of operation at the Ironton Facility. Specifically, PureCycle's Q2 2023 quarterly summary data indicated the following:

| | |
|---|---|
| **Operating Statements** | |
| **a) Budget to Actual for the period** | a) Refer to budget to actual |
| **b) Total product sold** | b) Not applicable for Q2. There has been no product sold. |
| **c) Amount of Product sold under offtake contracts (in total) and amount of other products sold (with information about sale/purchaser)** | c) Not applicable for Q2. There has been no product sold under Offtake Contracts or of other Products which require disclosure. |
| **d) Production Yield and values by weight/value** | d) Not applicable as only one production run executed at the end of Q2. |
| **e) Supplied waste processed by weight / values** | e) Not applicable for Q2. |
| **f) IHS/Chemical Data indices used** | f) IHS Average Price for Q2 = $0.6033/lb<br>Chemical Market Data Q2 = $0.6033/lb |
| **g) Terms/ extensions / replacements of Offtake or Feedstock contracts** | g) None other than those previously disclosed. |
| **h) Additional production capacity under development** | h) Not applicable. There have been no changes to production capacity. |
| **i) hours of operation for the Project** | i) Not applicable for Q2; only one production run in June |

81. On the August 8, 2023 Call, Olson also informed investors that after first producing pellets on June 20, 2023, operations had been shut down through the entirety of July so that Defendants could focus on working through various commissioning issues. Specifically, Olson stated:

> ***During the startup, we ran into glitches. This was expected.*** We've talked about it before. There are a lot of details around a facility like this. ***And you just have to work through each piece of equipment to both learn how to run them and then fix whatever issues pop up.***
>
> ***
>
> ***After completing the first pellets run in June, we effectively used July to work through a series of commissioning details.*** As you start to run, you'll find a collection of issues that you just need to address. Some of them, you can work on while the equipment is running, but some of them require the equipment to be cycled down…. With respect to commercial activities, we're on track …. For purification … we're there. We've tested the core unit operations. They work well. The core tech is sound and tested.
>
> ***We've worked through a number of teething issues, and we fixed and fine-tuned a lot of equipment. There were a number of minor issues that needed to be worked through, program updates, external sensor replacements, minor adjustments to equipment, but they all have to be right …. We now know how to operate this plant ….***
>
> ***There's still minor mechanical items to work through, but they will not impact plant operations.*** The commissioning has been challenging because we had one

> faulty piece of equipment and a critical step that needed to be repaired, but it was repaired -- built by the drawings, but after startup, we learned the design needed a small improvement. We used this time to upgrade the equipment and it's working well now.

82. On the August 8, 2023 Call, Olson assured investors that PureCycle was on track and even ahead of schedule to meet its upcoming bondholder milestones, including the upcoming bondholder milestones to achieve 50% capacity by September 30, 2023, and to successfully complete performance testing by November 30, 2023. Specifically, Olson stated:

> Look, we feel really good about the milestones. ***I think we'll be ramping above 50% within the next period of -- a short period of time. I think we'll have a shot at achieving the milestone in August. And if not, we'll close that milestone in September.***
>
> With respect to the final performance test, look, this is really the game that we have been going for. All of the work that we did in July was really about achieving this because it gives us a lot more flexibility in the overall system …. ***I think that in the September, October time frame is very reasonable for us to touch that test …. [R]ight now, with what we see across the system, I see no reason that's going to stop us from getting it done in September, October.***

83. On August 21, 2023, Defendants issued a press release entitled "PURECYCLE ANNOUNCES PRIVATE OFFERING OF $200.0 MILLION OF GREEN CONVERTIBLE SENIOR NOTES", which announced PureCycle's intention to offer approximately $200 million of PureCycle's Green Convertible Senior Notes due 2030 in a private offering to qualified institutional buyers.

84. On August 24, 2023, PureCycle filed a Form 8-K with the SEC which announced that the Company completed the private offering, and had raised net proceeds of approximately ***$219.25 million***, excluding any offering expenses and after deducting the initial purchaser's discounts and fees paid to PureCycle's financial advisor.

### G. The Risks Of Defendants' Fraudulent Scheme Begin To Materialize On September 13, 2023 When Defendants Disclose Seal System Failures Have Shut Down Operations At The Ironton Facility

85. On September 13, 2023, after the close of market, PureCycle filed a Form 8-K with the SEC (the "September 13, 2023 Form 8-K"), which disclosed that the Ironton Facility had been shut down since September 3, 2023, due to a "seal system failure in a key operation". Specifically, the Form 8-K stated:

> ***On August 7, 2023, the Ironton Facility experienced a full plant power outage resulting from a severe weather impact to a third party power supplier. Operations resumed but, on September 3, 2023, the Ironton Facility experienced a seal system failure in a key operation that resulted in a loss of barrier fluid pressure surrounding the seal.*** The seal failure required the Ironton Facility to halt operations to assess any damage and the root cause of the seal failure.
>
> ***On September 7, 2023, following removal and evaluation of the mechanical component and evaluation of the issue by two different third parties, [PureCycle] concluded that the seal failure was the result of the August 7, 2023 full plant power outage caused by a failure of a third party power supply utility.*** [PureCycle] undertook immediate steps to initiate the repair. [PureCycle] installed a spare seal and initiated restart procedures at the Ironton Facility on September 11, 2023. ***[PureCycle] [is] unable to eliminate the risk that the restart will be unsuccessful, or whether other failures resulting from the August 7, 2023 power outage may be discovered in the future.***

86. The September 13, 2023 Form 8-K further stated:

> ***On September 13, 2023, [PureCycle] provided Notice of a Force Majeure Event pursuant to Section 2.4(b)(vi)(C)(VI) of the [SOPA] Loan Agreement, and intends to engage with the Trustee regarding required adjustments to the September Milestone [to produce 4.45 million pounds of plastic pellets in a 30-day period by September 30, 2023].***

87. Under the SOPA Loan Agreement, a Force Majeure Event was defined as a "failure or delay in the performance of [] obligations arising out of or caused by, directly or indirectly, forces beyond [PureCycle's] control, including, without limitation … interruptions, loss of malfunctions of utilities, communications, or computer (software and hardware) services."

88. On this news, the Company's share price dropped by $1.39 per share, or ***18.4%,*** from $7.17 per share to close at $6.18 per share on September 14, 2023, on unusually heavy trading volume.

89. Operations at the Ironton Facility were effectively shut down for the entire month of September following the seal failure, from September 3 to September 30, 2023, which Defendants did not disclose to investors.

90. Further, undisclosed to investors, and according to former employees of PureCycle as reported by Bleecker Street Research in a report published on November 3, 2023, the seal system that was damaged by the August 7, 2023 power outage had "been having issues since the factory was mechanically complete in April. Due to the high pressures and temperatures present in the process train, this candle filter was perpetually unable to hold pressure."

91. On October 25, 2023, PureCycle filed a Form 8-K with the SEC (the "October 25, 2023 Form 8-K"), which stated that PureCycle had requested, and subsequently reached an agreement in principle regarding a second limited waiver of an event of default under the SOPA Loan Agreement for waiver of the September Milestone to produce 4.45 million pounds of plastic pellets in a 30-day period by September 30, 2023. Defendants further disclosed that in connection with PureCycle's agreement in principle:

> On September 13, 2023, [PureCycle] provided Notice of a Force Majeure Event … and has engaged with the Trustee regarding required adjustments to the September Milestone. The Company has since resumed plant commissioning activities, but was unable to meet the September Milestone …. ***Throughout the period, the Trustee has disputed the Force Majeure Notice and, pursuant to the proposed terms of the Second Limited Waiver … the Force Majeure Notice will be expressly withdrawn.***

### H. The Risks Of Defendants' Fraudulent Scheme Further Materialize When Defendants Announce A Two-Week Shutdown In November 2023 To Address Ongoing Problems At The Ironton Facility

92. On November 7, 2023, after the close of market, the Company issued a press release to announce its Q3 2023 results (the "November 7, 2023 Press Release"). The press release assured investors that ***"Ironton operations continue to improve daily[,]"*** and ***the "key challenge has been to maintain pelletization due to a mechanical leak that will be permanently repaired in November."***

93. The November 7, 2023 Press Release disclosed that PureCycle would shut down operations at the Ironton Facility for two weeks, from November 8 until November 22, 2023, to fix the mechanical leak and a number of other minor issues, and assured investors that the shutdown would pave the way for PureCycle to achieve its milestones. Specifically, the November 7, 2023 Press Release stated:

> During the third quarter, our efforts were focused on completing the third bondholder milestone of producing 4.45 million pounds of UPR resin during a 30-day period by September 30th. ***Due, in part, to a power outage in August that we subsequently learned damaged a seal, as well as additional mechanical issues that were identified after the seal repair, the Company was unable to complete the third milestone in a timely manner …. Management remains committed to achieving PureCycle's next bondholder milestone of producing 4.45 million pounds of UPR resin in a month by December 31, 2023.*** We currently have more than 15.1 million pounds of feedstock available for Ironton operations.

94. The November 7, 2023 Press Release further quoted Olson as saying:

> ***Most of the challenges we have faced since we first produced pellets in June have been mechanical in nature and part of the operational learning curve. We have identified a set of reliability and operational improvements that are expected to be addressed during a 2-week outage in November, including the installation of an automatic screen changer on the final product extruder, which has impacted continuous run times.***

95. On November 8, 2023, the Company held a public conference call (the "November 8, 2023 Call"). On the November 8, 2023 Call, Olson reassured investors that operations at the Ironton Facility had been improving despite various mechanical issues. Specifically, Olson stated:

> ***While overall production rates were limited in Q3, we have shown the ability to run high levels of rate across our three operational steps ….*** [W]e were able to show the following key operational rates. 14,000 pounds per hour of prep feed rate, which is approximately 97% of nameplate. 9,400 pounds per hour of feed extruder flow rates, which is 77% of nameplate. Note this was achieved with only one extruder. We have two …. ***These are good indicators of the system's ability to run nameplate rates*** once we get our uptimes improve. We expect to see exponential increases in production rates….
>
> ***Also note that we completed commercial shipments of our on-spec material to both Formerra and Milliken.***

96. Despite Olson's rosy representations, PureCycle's quarterly summary data pursuant to the SOPA Loan Agreement seemed to tell a different story. PureCycle's quarterly summary data indicated that during Q3 2023, there were ***"[z]ero hours of beneficial operations"*** at the Ironton Facility, ***"[t]here has been no product sold", production yield was "[z]ero"*** and ***"[t]here have been no changes to production capacity."***

97. On the November 8, 2023 Call, Olson described the various mechanical issues plaguing the Ironton Facility and reassured investors that the two-week shutdown would fix the problems and allow PureCycle to achieve the December milestone. Specifically, Olson stated:

> One area that has limited our production efforts the most has been associated with the absorbent bed leaks, which resulted in bead contamination …. [I]t has stalled our ability to achieve any meaningful production progress …. ***[W]e are now installing an automated screen changer over the next two weeks, which we believe will significantly change the trajectory of our operations*** ….
>
> ***This outage is instrumental for our ability to achieve high rates. It not only allows us to install an automatic screen changer, but we plan to have -- we plan to also take advantage of the outage to implement a number of improvement projects to fix less evasive but equally frustrating operational headaches…. After the outage is completed, we will restart the production at 50% rates. We will work our rates***

> ***toward higher levels with the express goal to make 4.45 million pounds in December….***
>
> ***
>
> ***As I take a step back and I look at the bigger items that have impacted us this year, it falls into 3 key buckets: delayed project closure, 5 to 6 months; seal leaks, 3 to 4 months; and screen leaks, 3 months ….*** We've endured multiple seal failures across 3 key seal systems. And each of them required a root-cause failure analysis to find a solution improve for the future. There's one thing to remember about seals. Once you find the right solution, they run for years. ***Every time we have a failure, we make significant improvements. Some of them were missed during the original design. Some of the problems were a result of external factors. The power outage was one good example[.]***

98. On November 9, 2023, PureCycle filed a Form 10-Q with the SEC, which disclosed that PureCycle had executed the agreement with SOPA for a second limited waiver of an event of default for failure to meet the September milestone. Under the second limited waiver, the September milestone would be extended to December 31, 2023, and PureCycle's other remaining bondholder milestones would also be extended by 3 months. PureCycle was required to deposit another $50 million in collateral with the trustee, which PureCycle would get back if no further events of default occurred. Specifically, the bondholder milestones under the second limited waiver were as follows:

a. The deadline to produce 4.45 million pounds of plastic pellets in a 30-day period (to demonstrate 50% operating capacity) would be extended from September 30, 2023 to December 31, 2023;

b. the deadline to successfully complete performance testing (running the facility at 100% capacity for 24 hours per day for a five-day period) would be extended from November 30, 2023 to February 28, 2024;

c. the deadline to complete full acquisition, construction and equipping of the Ironton Facility would be extended from December 31, 2023 to March 31, 2024;

d. the deadline to produce 8.9 million pounds of plastic pellets from its feedstock for 30 consecutive days (to demonstrate 100% operating capacity) would be extended from January 31, 2024 to April 30, 2024;

e. the deadline to achieve fully-ramped production to nameplate capacity of 107 million pounds of UPR per year produced from feedstock would be extended from January 31, 2024 to April 30, 2024

99. On this news, PureCycle's share price fell by $0.64, or ***14.7%,*** from $4.36 per share to close at $3.72 per share on November 8, 2023. The Company's share price continued to fall the next trading day, dropping another $0.63 per share, or ***16.9%,*** to close at $3.09 per share on November 9, 2023.

### I. PureCycle Faces Further Setbacks And Discloses To Investors That It Will Again Fail To Meet Its 50% Production Capacity Bondholder Milestone; PureCycle's Share Price Plummets By *43.5%*

100. On December 1, 2023, Somma resigned from PureCycle, which PureCycle stated was due to Somma's desire "to pursue other opportunities." On that same day, Defendants disclosed that PureCycle had let approximately 12% of its workforce go, which "followed a zero budgeting process at each function within the organization and was targeted toward optimizing the performance of the organization in the near-term."

101. On December 18, 2023, before the market opened, PureCycle issued a press release which announced that the Ironton Facility had been shut down since the week prior – again due to a mechanical seal failure (the "December 18, 2023 Press Release"). Defendants disclosed that they would *again* fail to meet the bondholder milestone to produce 4.45 million pounds of plastic pellets in a 30-day period. Specifically, the December 18, 2023 Press Release stated:

> The [Ironton Facility] successfully restarted following a November outage to address a number of key reliability issues.
>
> PureCycle CEO Dustin Olson said, "We got off to a nice start following the outage. In the first three days we pushed half the amount of feed through the system that we had in nearly five months prior to the outage. The screen changer we installed on the final product extruder showed that it will help with continuous pellet production." Olson added, "Other operational improvements are evidenced by increased removal of impurities in the form of co-product one and co-product two through the purification process."

> ***Despite these achievements, a couple of mechanical problems arose last week that are unrelated to PureCycle's core technology. The primary issues surrounded a leaking block valve and a mechanical seal failure. The Ironton facility was safely shut down following the seal failure with no further equipment damage.*** The needed maintenance to the plant is currently underway and should be completed in the near-term, before we return to continuous operations.
>
> ***Due to these issues, [PureCycle] … the Company determined it will not meet the December 31, 2023 bondholder operational milestone under its Ironton bonds to produce 4.45 million pounds of pellets in a 30-day period.***
>
> PureCycle CEO Dustin Olson said, "PureCycle's dedicated team has been working around the clock at our Ironton facility to improve and optimize pellet production as we continue to bring this first-of-its-kind technology to market. We are committed to achieving reliable operations that ensure our products meet the highest safety and quality standards." Olson added, "We look forward to updating the market as we achieve future milestones."

102. On this news, PureCycle's share price plummeted by $2.16, or ***43.5%,*** from $4.96 per share to close at $2.80 per share on December 18, 2023, on unusually heavy trading volume.

### J. After The Class Period, The Risks Of Defendants' Fraudulent Scheme Continue To Materialize

103. After the Class Period, Defendants did not meet the remaining bondholder milestones under the SOPA Loan Agreement. Instead, Defendants negotiated a new agreement with SOPA, which became effective in February 2024. The new agreement extinguished Defendants' obligations under the SOPA Loan Agreement, including all remaining bondholder milestones. In exchange, PureCycle was allowed to pay off its debts by purchasing approximately 99% of the $250 million revenue bonds that had been issued to fund the Ironton Facility project.

104. To date, PureCycle has not achieved nameplate capacity at the Ironton Facility, let alone demonstrated 50% capacity by producing 4.45 million pounds of plastic pellets in a 30-day period—an achievement that Defendants had repeatedly claimed during the Class Period that they would be able to achieve by September 30, 2023. On March 5, 2024, PureCycle confirmed that it was still dogged by the same problems that had hindered its progress during the Class Period,

including issues with seals and programming challenges, and that it was prepping for a facility shutdown to "implement reliability improvements".

## V. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS

### A. Defendants Misleadingly Tout The Progress Of Operations At The Ironton Facility

105. On April 25, 2023, PureCycle filed a Form 8-K with the SEC and issued a press release which announced the timely achievement of completion of mechanical construction of the Ironton Facility. The Form 8-K stated:

> ***With construction finished and all equipment in place, the facility will now begin operational startup and the march toward initial pellet production, which is currently anticipated to commence in the second quarter of 2023.***

106. The April 25, 2023 Press Release stated:

> ***The Ironton Facility, once fully operational, is expected to produce 107 million pounds of Ultra-Pure Recycled (UPR) resin annually, making high-quality recycled PP plastic more accessible at scale.*** PureCycle uses an innovative technology to remove nearly all contaminants, colors, and odors from polypropylene plastic waste.
>
> ***"2023 will continue to be an exciting year for PureCycle as we kick off operations at our flagship facility in Ironton. Now that construction is complete, we can begin our ramp-up plan and start producing UPR pellets,"*** said Dustin Olson, PureCycle's CEO.

107. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) pursuant to the Construction Monitor's report, PureCycle's progress at the time "was not commensurate with Project objectives"; (ii) PureCycle had failed to meet all of its internal deadlines under the Ironton Facility construction plan and would not be able to meet its forecasted completion dates under the plan; (iii) PureCycle had far exceeded its budget for the Ironton Facility project; (iv) the Ironton Facility project had been behind schedule since construction commenced in November of 2020, due to known, curable and preventable project management deficiencies, which included, *inter alia*: insufficient, incomplete,

or nonexistent engineering drawings, untimely ordering of necessary materials, disorganized and unlogged materials, and deficiencies in managing how and when subcontractors would perform their work; (v) PureCycle's relationship with DB had been continuously deteriorating, and at the time of Defendants' statements, PureCycle was engaged in a heated dispute with DB that initially arose as a result of PureCycle's denial of DB's request on January 31, 2023 to further extend the project schedule and for additional payment in the amount of $1.2 million; (vi) under the SOPA Loan Agreement, completion of mechanical construction of the Ironton Facility required PureCycle to obtain a certificate signed by the Construction Monitor certifying that this milestone had been met, and PureCycle had not yet obtained such certification, and; (vii) as a result of the foregoing, "construction" was not "finished" and "all equipment" was "not in place"; (viii) PureCycle would not be able to meet the bondholder milestone to produce 4.45 pounds of pellets in a 30-day period by September 30, 2023, and; (ix) Defendants had no reasonable basis to claim that the Ironton Facility would be able to achieve its nameplate capacity of 107 million pounds of UPR per year.

108. On May 9, 2023, PureCycle issued a press release announcing the Company's Q1 2023 results. The press release stated:

> **<u>Management Commentary</u>**
>
> Dustin Olson, PureCycle's Chief Executive Officer, said, ***"Our flagship facility in Ironton is days away from beginning the start-up phase of commercial pellet production of ultra-pure recycled ("UPR") resin …. [W]e are excited to begin safely ramping up commercial operations and the production of UPR resin in our state-of-the-art purification facility in Ironton."***
>
> **<u>Ironton Update</u>**
>
> ***The Company's flagship purification facility in Ironton is certified mechanically complete, has completed the pre-startup PSM certification required for solvent deliveries and all core operating systems have been commissioned and are ready for startup. The first solvent delivery was received, and the Company expects to start producing pellets from virgin resin feedstock in the next few weeks. We will then plan to introduce post-industrial and post-consumer feedstock into the***

***purification process and begin producing UPR resin pellets for sale and distribution to customers.***

PureCycle's ramp-up strategy is to gradually increase plant capacity utilization while scaling in higher volumes of feedstock deliveries and customer offtake shipments. ***Management remains confident that PureCycle will achieve the operational milestones as set out in the bondholder limited waiver agreement executed in March in a timely manner.***

**Liquidity and Capital Resources**

…. As of March 31, 2023, PureCycle estimated between $26-$51 million remaining investment in 2023 to complete the Ironton project, of which $25.2 million is included in restricted cash and can be used to fund the remaining investment. This puts the higher end of the project investment at approximately $361 million. ***This range is dependent upon various contract contingencies and their ultimate resolution. PureCycle expects to successfully negotiate at least some of these contingencies, which would reduce the remaining 2023 investment to the lower end of the range.***

109. On May 9, 2023, Defendants conducted a public conference call, where Olson stated:

***We still expect to be able to complete our start-up timeline in order to meet the milestones as outlined in the recent bondholder agreement. Our goal is to produce between 45 million and 75 million pounds of ultra-pure recycled resin in 2023 ….***

This project has been a testament to grit, determination, and a desire to finish. ***As you can imagine, there are a number of minor equipment issues when starting up the facility and our team has been managing through all of those challenges.*** This is normal. They are teething challenges for all new technologies….

***While we have encountered some delays over the last two months, we're now excited to move forward with startup.*** I can tell you personally that the plant just feels different now. There's a new energy building within our team, and ***we are ready to run this facility.***

Our PureCycle team and field contractors who have worked on this project have willed this facility to mechanical completion, and I'm very proud to say, position the facility to release to receive solvent deliveries, three arrived on Monday. ***We are currently in the following position: completed key pre-startup and safety requirements; utility plant is operational and in service, PreP is operational and in service; flare systems are operational and in service; extruders are commissioned and ready for startup ….***

The next step is to make every effort to ensure safe and smooth startup that's focused on long-term operational success. We are not going to rush into the next

steps…. ***Instead of dual tracking activities like we originally planned, we purposefully slowed down our process for solvent introduction in order to more effectively facilitate a path to mechanical completion. This ultimately slowed down our initial forward progress, but also helped us to build a better long-term foundation for steady operations.***

***Given this is our first facility, we took extra time preparing the plant through a process called PSSR, or pre-startup and safety review. This involves final operations checks, safety walk-downs, final equipment commissioning. During this process, we spent a significant amount of time testing instrumentation, working valves to ensure we are ready to operate. This is all now complete.***

***Yesterday, we cleared another major hurdle and accepted solvent to the site for the first time. This is a big step and paves the way for commercial operations.***

110. On the May 9, 2023 Call, Olson further stated:

***I really believe that we are well-positioned to run this facility. Our team is ready …. So is there are a lot of float in the schedule []? No, not really.*** This is where we are right now. This is what we think right now. ***Things could happen to delay us because this is just life.***

***But I also feel like we can catch up and surpass or exceed our expectations of overall production for the year, which is the ultimate indicator for performance….*** You know, it's a big step that we crossed actually yesterday when we took the plant to mechanical completion and solvent -- ready for solvents.

***Getting to ready for solvent is a really big deal. And now we're truly in full operations mode and just running the plant through the paces until we get the first pellets. We feel like Ironton is now truly operational.***

111. On the May 9, 2023 Call, Somma stated:

***We continue to execute on both near and long-term goals …. Ironton has completed pre-startup, process safety management, and solvent is on site and is prepping for circulation.***

112. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) pursuant to the Construction Monitor's report, PureCycle's progress at the time "was not commensurate with Project objectives"; (ii) PureCycle had failed to meet all of its internal deadlines under the Ironton Facility construction plan (for example, the planned date to ready the facility for solvent introduction had been February 7, 2023,

which PureCycle did not achieve until May 5, 2023) and PureCycle would not be able to meet any of its forecasted completion dates under the plan, and thus, PureCycle was not "continu[ing] to execute on both near and long-term goals"; (iii) PureCycle had far exceeded its budget for the Ironton Facility project; (iv) the Ironton Facility project had been behind schedule since construction commenced in November 2020, due to known, curable and preventable project management deficiencies, which included, *inter alia*: insufficient, incomplete, or nonexistent engineering drawings, untimely ordering of necessary materials, disorganized and unlogged materials, and deficiencies in managing how and when subcontractors would perform their work – these deficiencies necessitated "extra time preparing the plant through a process called PSSR" and "slowed down [PureCycle]'s process for solvent introduction"; (v) PureCycle's relationship with DB had been continuously deteriorating, and mediation efforts in May 2023 had been unsuccessful; (vi) in Q1 2021, there had been no changes to production capacity at the Ironton Facility, the Ironton Facility had had zero hours of operation, and no feedstock had been processed; (vii) as a result of the foregoing, PureCycle was not "days away from beginning the start-up phase of commercial pellet production", PureCycle was not ready to "begin safely ramping up commercial operations", and PureCycle was not "ready to run this facility", the Ironton Facility was not "truly operational"; (viii) PureCycle would not be able to meet the bondholder milestone to produce 4.45 pounds of pellets in a 30-day period by September 30, 2023, and Defendants had no reasonable basis to claim that they were "confident that PureCycle will achieve the operational milestones as set out in the bondholder limited waiver agreement executed in March in a timely manner".

113. On June 20, 2023, PureCycle issued a press release, which stated:

> ***PureCycle [ ] today successfully produced the first run of Ultra-Pure Recycled (UPR) resin from post-industrial recycled material at commercial scale. This is***

> ***the first step in operating PureCycle's flagship polypropylene (PP) purification facility in Ironton, Ohio. Once fully operational, the Ironton facility is projected to have an annual production capacity of 107 million pounds of UPR resin.***
>
> This run of post-industrial material allowed PureCycle's manufacturing team to test the core technology concepts across various operating conditions.
>
> PureCycle CEO Dustin Olson said, ***"….No one here today will ever forget the feeling when the commercial scale pellets were produced for the first time. With this major milestone complete, we have demonstrated that the fundamental technology works as expected, and at scale …. We will now build upon this accomplishment to optimize our process in order to demonstrate our technology across a variety of operating conditions and feedstocks."***

114. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) pursuant to the Construction Monitor's report, PureCycle's progress at the time "was not commensurate with Project objectives"; (ii) PureCycle had failed to meet all of its internal deadlines under the Ironton Facility construction plan and PureCycle would not be able to meet any of its forecasted completion dates under the plan; (iii) the Ironton Facility project had been behind schedule since construction commenced in November of 2020, due to known, curable, and preventable project management deficiencies, which included, *inter alia*: insufficient, incomplete, or nonexistent engineering drawings, untimely ordering of necessary materials, disorganized and unlogged materials, and deficiencies in managing how and when subcontractors would perform their work; (v) PureCycle's relationship with DB had been continuously deteriorating, such that DB had abandoned the project site, which necessitated PureCycle hiring two third-party contractors to finish DB's work; DB had deleted and/or made inaccessible to PureCycle Ironton Facility project documents, and PureCycle discovered that DB had installed a critical value in a butane system incorrectly against basic safety codes, among other issues; and, (vi) as a result of the foregoing, necessary validation processes at the Ironton Facility were significantly delayed and PureCycle was nowhere near being able to commence commercial

operations at the Ironton Facility or achieve its nameplate capacity of 107 million pounds per year, let alone achieve the September 30, 2023 bondholder milestone to produce 4.45 million pounds of plastic pellets in a single month.

115. On August 8, 2023, Defendants held a public conference call to discuss PureCycle's Q2 2023 results. On the August 8, 2023 Call, Olson stated:

> ***Ironton is operational*** *….* ***As you know, we accomplished the first two bondholder milestones, and for the first time, produced pellets at commercial scale. We are well-positioned to accomplish the remaining milestones. Ironton is running and raising production rates every day ….***
>
> ***For the last decade, tech risk was the biggest obstacle. This is now off the table and sets the stage for our global growth plan. During the startup, we ran into glitches. This was expected.*** We've talked about it before. There are a lot of details around a facility like this. And you just have to work through each piece of equipment to both learn how to run them and then fix whatever issues pop up.
>
> ***In some respect, it's about the equipment. Does it work properly? Was it installed properly? Will it handle the process properly. Can it handle interruptions properly? But it's also about the team. Does the team have the capacity, the determination, and the grit to stay focused to keep solving these problems? We do, in a big way.*** Not only has our team grown tremendously over the past four months since mechanical completion, we've also shown that we have the talent to successfully solve problems.
>
> ***After completing the first pellets run in June, we effectively used July to work through a series of commissioning details. As you start to run, you'll find a collection of issues that you just need to address.*** Some of them, you can work on while the equipment is running, but some of them require the equipment to be cycled down …. With respect to commercial activities, we're on track …. We currently have over 10 million pounds of feedstock in inventory with over -- with about 50% prepped and ready for purification ….
>
> ***We've worked through a number of teething issues, and we fixed and fine-tuned a lot of equipment. There were a number of minor issues that needed to be worked through, program updates, external sensor replacements, minor adjustments to equipment, but they all have to be right*** *….* ***We now know how to operate this plant.*** We are now more confident in the ability to predict operational performance, and we're starting to see around the corner….
>
> Filtering and purifying steps are working well now. ***There's still minor mechanical items to work through, but they will not impact plant operations. The***

> ***commissioning has been challenging because we had one faulty piece of equipment and a critical step that needed to be repaired, but it was repaired -- built by the drawings, but after startup, we learned the design needed a small improvement. We used this time to upgrade the equipment and it's working well now.***

116. On the August 8, 2023 Call, Olson assured investors that PureCycle would be able to meet its remaining bondholder milestones. Specifically, Olson stated:

> ***Look, we feel really good about the milestones.*** I think we'll be ramping above 50% within the next period of -- a short period of time. ***I think we'll have a shot at achieving the milestone in August. And if not, we'll close that milestone in September.***
>
> With respect to the final performance test, look, this is really the game that we have been going for. ***All of the work that we did in July was really about achieving this because it gives us a lot more flexibility in the overall system. And so we haven't really set a target date for that. I think that in the September, October time frame is very reasonable for us to touch that test.*** Remember, it's a five-day test at 100% rates. And as we ramp up to get to that position, we'll know if we see any incremental constraints and look to work around them. ***But right now, with what we see across the system, I see no reason that's going to stop us from getting it done in September, October.***

117. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) the Ironton Facility was not "operational" and PureCycle had not produced plastic pellets at "commercial scale" - there had been no production yield, no processed feedstock, and no changes to production capacity; (ii) operations were shut down after PureCycle first produced pellets in late June 2023 and commissioning had been "challenging" because ever since November of 2020, known, curable project management deficiencies had existed, and at the time of Defendants' statements, DB had abandoned the project site, leaving PureCycle scrambling to start-up and commission the site on its own and causing significant additional delays; (iii) a seal at the Ironton Facility had been experiencing problems since April of 2023 that Defendants had not yet resolved and which was damaged in a power outage on August 7, 2023, and; (iv) as a result of the foregoing, PureCycle was not "well-

positioned to accomplish" any of the remaining bondholder milestones and PureCycle had no reasonable basis to claim that it would meet the September 30, 2023 bondholder milestone, let alone claim that a "September, October time frame [wa]s very reasonable" to anticipate achieving the performance test, which required running the Ironton Facility at 100% capacity for five days straight.

118. On the August 8, 2023 Call, Olson further described the "minor items" that contributed to delays in the Ironton Facility project completion as follows:

> With respect to the minor items that we had, it's a myriad of things …. I would say the majority of them are very common to any startup, whether it's a new technology or not, okay?
>
> I mean any time you start up, you're going to have control valves that don't work quite right or regulators that are not set properly for the system. We had one situation where we needed to shut down the entire utilities plant to basically boot up a new program. And that's similar to restarting your computer. But for a plant like this, it takes a bit of time.
>
> ***Where we did have some issues that were -- that we had to work our way through, [were] in some of the piping around pieces of equipment. We had a little bit higher pressure drop in that system than what we expected, and we redesigned the piping and implemented it in the course of July.*** That was actually a really nice, let's say, technical achievement by the team to adapt and to adjust.
>
> ***The other item was quite frankly, a small design problem with one of our Johnson screens in the -- in one of our core operations.*** And that allowed some of the process to leak through where it wasn't supposed to and that required us to cycle down to get into that piece of equipment and fix it.
>
> ***But all these things are behind us. And so what we did is through the course of the commissioning process, instead of pushing to get some minor rates, we've made the decision to really prep this plant for full rates. And so we shut down, fixed a lot of things that were kind of on the list that we've been dealing with, and came back up and have been running really well.***

119. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) issues such as problems with piping and "small design problem[s]" at the Ironton Facility were the result of insufficient, incomplete, or nonexistent piping

and engineering design drawings and other known deficiencies in DB's work which had existed since November of 2020; (ii) the seal leak which had caused the "pressure drop" had not been remedied and the issues caused by the seal leak were not "behind [them]"; and, (iii) Defendants were not "prep[ping] this plant for full rates" but were scrambling to start-up and commission the Ironton Facility in the wake of the fallout with DB.

120. On August 8, 2023, PureCycle issued a press release (the "August 8, 2023 Press Release")¸which quoted Olson and Somma as follows:

> Dustin Olson, PureCycle's Chief Executive Officer, said, ***"After successfully producing polypropylene resin pellets from post-industrial feedstock at our flagship purification facility in Ironton, Ohio [], we initiated a series of activities to evaluate, adjust, and in some cases, replace or repair certain equipment in the purification process subsystems. We recently initiated a re-start of Ironton, and the facility is operational.*** After achieving the first two bondholder milestones in the second quarter, we expect to achieve our next milestone of operating at 50% capacity for a month by the end of September.
>
> ***The commissioning of Ironton is progressing well*** due to the dedication, focus, and grit of the local team. We have the experience and technical expertise to identify and resolve challenges during startup. We remain dedicated to completing the next steps in the commissioning process in a methodical, purposeful, and focused manner."
>
> Larry Somma, PureCycle's Chief Financial Officer, added, ***"As we prepare for our first shipment to customers, PureCycle will begin the transition from a pre-revenue company to a revenue-generating company. We anticipate operating margins to be in line with 2023 budgeted expectations.*** Equally important, now that ***Ironton is operational***, we can restart the process of raising long-term project financing for construction of our next purification facility in Augusta, Georgia.

121. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) PureCycle needed to "adjust evaluate, adjust, and in some cases, replace or repair" equipment at the Ironton Facility due to known deficiencies in DB's work which had existed since November 2020, and DB had fully abandoned the project site during the start-up and commissioning phase – accordingly, the "commissioning of Ironton was" *not*

"progressing well"; (ii) operations had fully shut down at the Ironton Facility due to a power outage on August 7, 2023, which then required "initiat[ing] a re-start of Ironton"; (iii) a seal leak had been causing ongoing problems at the Ironton Facility since April of 2023, which Defendants had not fully repaired and which rendered the facility not "operational"; (iv) PureCycle was not "prepar[ing] for [its] first shipment to customers" or beginning "the transition" to "a revenue-generating company" because the *only* plastic pellets it had produced to date were produced in its first pellets run on June 20, 2023, after which the Ironton Facility had been shut down until August 2023; (v) during Q2 2023, PureCycle had processed no feedstock, there were no changes to production capacity at the Ironton Facility, and there were no hours of operation at the Ironton Facility; and, (vi) the Ironton Facility project had far exceeded its budget due to delays and known deficiencies in project management that had existed since November of 2020.

122. On August 8, 2023, PureCycle filed a Form 10-Q with the SEC, which disclosed the following information about PureCycle's dispute with DB (the "August 8, 2023 Form 10-Q"). Specifically, the August 8, 2023 10-Q stated:

> On June 16, 2023, following unsuccessful efforts at mediating various disputes over certain unapproved change orders and payment applications, DB filed a demand for binding arbitration ("Arbitration Demand") with the American Arbitration Association, seeking approximately $17.0 million related to certain fee applications, change orders and amounts currently held in retainage by [PureCycle], and, on June 21, 2023, filed a mechanics lien in Lawrence County, Ohio for the same sum. On July 20, 2023, [PureCycle] filed its Answer and Counterclaim, in which ***[PureCycle] contends that various deficiencies in DB's work resulted in damages to [PureCycle] in excess of DB's $17.0 million Arbitration Demand, including, but not limited to, the following: DB's insufficient and incomplete engineering drawings and packages, insufficient and unorganized material management, insufficient and inefficient contractor management, insufficient and rudimentary schedule management, incomplete and inefficient procurement procedures, and that the Company was required to undertake significant re-work at additional cost resulting from DB's failure to adequately perform its obligations under the EPC Contract.***

123. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) ever since November of 2020, PureCycle had known of "DB's insufficient and incomplete engineering drawings and packages, insufficient and unorganized material management, insufficient and inefficient contractor management, insufficient and rudimentary schedule management, incomplete and inefficient procurement procedures" and these deficiencies caused the Ironton Facility project to perpetually be behind its internal schedule and its bondholder milestones, and over budget; (ii) up until January 31, 2023, PureCycle had granted every change order request submitted by DB which sought to extend the project schedule and increase the costs of the contract; (iii) the guaranteed maximum cost of DB's work at the Ironton Facility under PureCycle's original agreement with DB was $62.7 million, but this amount ballooned to approximately $185 million due to curable, preventable and known project management deficiencies; (iv) PureCycle's relations with DB had increasingly deteriorated during the Class Period, the impact of which caused further delays in the progress of operations at the Ironton Facility and resulted in even greater costs; and, (v) DB had abandoned the project site during the start-up and commissioning phase, and during this period, PureCycle realized that Ironton Facility documents had been deleted and/or made inaccessible to PureCycle; in order to finish DB's work, PureCycle had to hire two third-party contractors; and, due to the fallout with DB, PureCycle had to conduct inspections of all facility systems to confirm what DB had and had not done correctly, significantly delaying necessary validation procedures.

**B. Defendants Make Materially False And Misleading Statements In Connection With PureCycle's Failure To Meet Its September Bondholder Milestone**

124. On September 13, 2023, after close of market, PureCycle filed a Form 8-K with the SEC, which stated:

> On August 7, 2023, the Ironton Facility experienced a full plant power outage resulting from a severe weather impact to a third party power supplier. ***Operations***

> ***resumed but, on September 3, 2023, the Ironton Facility experienced a seal system failure in a key operation that resulted in a loss of barrier fluid pressure surrounding the seal. The seal failure required the Ironton Facility to halt operations to assess any damage and the root cause of the seal failure.***
>
> ***On September 7, 2023, following removal and evaluation of the mechanical component and evaluation of the issue by two different third parties, [PureCycle] concluded that the seal failure was the result of the August 7, 2023 full plant power outage caused by a failure of a third party power supply utility. [PureCycle] undertook immediate steps to initiate the repair. [PureCycle] installed a spare seal and initiated restart procedures at the Ironton Facility on September 11, 2023. [PureCycle] [is] unable to eliminate the risk that the restart will be unsuccessful, or whether other failures resulting from the August 7, 2023 power outage may be discovered in the future.***
>
> ***On September 13, 2023, [PureCycle] provided Notice of a Force Majeure Event pursuant to Section 2.4(b)(vi)(C)(VI) of the [SOPA] Loan Agreement, and intends to engage with the Trustee regarding required adjustments to the September Milestone.***

125. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) the seal that had failed on September 3, 2023, had been experiencing known, ongoing problems since April of 2023; (ii) as of the date of Defendants' disclosures, Defendants had initiated restart procedures, but operations at the Ironton Facility had not restarted, and were nowhere near restarting; (iii) due to known project management deficiencies and inadequacies in DB's performance which had existed and been ongoing since November of 2020, operations at the Ironton Facility had been perpetually behind schedule and overbudget, and since DB abandoned the site during start-up and commissioning, PureCycle had been scrambling to identify which aspects of the project DB had done correctly, and which aspects needed to be repaired, replaced, or redesigned, among other things; (iv) PureCycle had had zero hours of beneficial hours of operations at the Ironton Facility to date; (v) the only pellets produced at the Ironton Facility to date were the small initial first run of pellets on June 20, 2023; (vi) PureCycle had a production yield of zero to date; (vii) even if the August 7, 2023 power outage

had not occurred, PureCycle would not have been anywhere near meeting the September bondholder milestone; and, (viii) PureCycle had no reasonable basis to assert a force majeure event had occurred, such to excuse PureCycle's inability to meet the September bondholder milestone.

126. The September 13, 2023 Form 8-K also included a link to PureCycle's presentation regarding its announcement, which included the below slide:




127. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) PureCycle had had zero hours of beneficial hours of operations at the Ironton Facility to date; (ii) the only pellets produced at the Ironton Facility to date were the small initial first run of pellets on June 20, 2023; (iii) there was a production yield of zero to date at the Ironton Facility; (iv) PureCycle was far from being able to "reestablish operations" following the seal failure on September 3, 2023; (v) PureCycle had been having problems since April of 2023 with the seal that ultimately failed on September 3, 2023; and, (vi) PureCycle had no reasonable basis to "expect[] to ship the first commercial customer orders soon."

128. On October 25, 2023, PureCycle filed a Form 8-K with the SEC, which stated:

> ***Under the terms of the Loan Agreement, [PureCycle] was required to cause the Ironton Facility to be completed by December 1, 2022. The Ironton Facility was not completed by that date due to a variety of challenges resulting from, among other things, the COVID-19 outbreak, the ongoing military conflict between Russia and Ukraine, and certain U.S. weather-related events*** (the "Specified Event of Default").
>
> Subject to the conditions set forth in the Limited Waiver, the Specified Event of Default was waived in exchange for [PureCycle]'s agreement to meet certain milestones toward completing the Ironton Facility, including, but not limited to, a requirement that [PureCycle] shall have produced 4.45 million pounds of pellets from its feedstock in a single month by September 30, 2023 ("September Milestone").
>
> On August 7, 2023, the Ironton Facility experienced a full plant power outage resulting from a severe weather impact to a 3rd party supplier. Operations resumed but, on September 3, 2023, the Ironton Facility experienced a seal system failure in a key operation that resulted in a loss of barrier fluid pressure surrounding the seal. The seal failure required the Ironton Facility to halt operations to assess any damage and the root cause of the seal failure.
>
> ***On September 13, 2023, PCO provided Notice of a Force Majeure Event pursuant to Section 2.4(b)(vi)(C)(VI) of the Loan Agreement (the "Force Majeure Notice"), and has engaged with the Trustee regarding required adjustments to the September Milestone. The Company has since resumed plant commissioning activities, but was unable to meet the September Milestone (the "September Milestone Event of Default"). Throughout the period, the Trustee has disputed the Force Majeure Notice and, pursuant to the proposed terms of the Second Limited Waiver [], the Force Majeure Notice will be expressly withdrawn.***

129. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) PureCycle's failure to meet the December 1, 2022 deadline to complete the Ironton Facility project was not due to "the COVID-19 outbreak, the ongoing military conflict between Russia and Ukraine, and certain U.S. weather-related events", but rather, was the result of known deficiencies in DB's performance and project management which had existed since November 2020; (ii) PureCycle did not resume operations following the September 3, 2023 shutdown until September 30, 2023; (iii) Defendants had been experiencing problems with the seal which failed on September 3, 2023 since April of 2023; (iv) due to

PureCycle's fallout with DB and the impacts of the fallout, which were still being felt by PureCycle, progress at the Ironton Facility had been significantly delayed; (v) even if the August 7, 2023 power outage had not occurred, PureCycle would have been nowhere near meeting the September bondholder milestone; and, (vi) the trustee disputed the Force Majeure Notice because PureCycle had had no reasonable basis to assert that a force majeure event had prevented PureCycle from meeting the September bondholder milestone.

130. On November 7, 2023, after the close of market, PureCycle issued a press release which stated:

> ***During the third quarter, our efforts were focused on completing the third bondholder milestone of producing 4.45 million pounds of UPR resin during a 30-day period by September 30th. Due, in part, to a power outage in August that we subsequently learned damaged a seal, as well as additional mechanical issues that were identified after the seal repair, the Company was unable to complete the third milestone in a timely manner.***
>
> Following the Company's inability to complete the September 30, 2023 milestone, the Company and the Bondholders agreed in principle to a Limited Waiver and Second Supplemental Indenture that provides a three-month delay for the remaining milestone dates and transfers additional funds for specified purposes [in exchange for $50 million in cash collateral]. The Limited Waiver is expected to be executed this week.
>
> ***Management remains committed to achieving PureCycle's next bondholder milestone of producing 4.45 million pounds of UPR resin in a month by December 31, 2023. We currently have more than 15.1 million pounds of feedstock available for Ironton operations.***

131. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) during the third quarter of 2023, PureCycle's efforts were not "focused on completing the third bondholder milestone of producing 4.45 million pounds of UPR resin" – instead, PureCycle had been in the midst of a heated dispute with DB which resulted in DB abandoning the project site during the start-up and commissioning phase of the Ironton Facility, during which time PureCycle discovered and then had to rectify on its own,

deficiencies in the facility's systems and equipment, including a value which had been incorrectly installed in a butane system, which presented a major safety hazard; (ii) the seal which ultimately failed on September 3, 2023 had been experiencing problems since April of 2023, and which to date, Defendants *still* had not remedied; (iii) as a result of the foregoing, PureCycle would not have been able to meet the September bondholder milestone even if the August 7, 2023 power outage had not occurred; (iv) during the third quarter of 2023, PureCycle did not sell any plastic pellets made at the Ironton Facility; the Ironton Facility had zero production yield; zero hours of beneficial operations, and had no changes to its production capacity; and, (v) PureCycle had no reasonable basis to believe it could possibly meet the December 31, 2023 bondholder milestone.

132. On November 8, 2023, Defendants held a public conference call. On the November 8, 2023 Call, Olson stated:

> ***Most of the challenges we have faced since we first produced pellets in June have been mechanical in nature and part of the operational learning curve. We have identified a set of reliability and operational improvements that are expected to be addressed during a 2-week outage in November, including the installation of an automatic screen changer on the final product extruder, which has impacted continuous run times.***
>
> Despite the numerous mechanical headaches which we will discuss, we have successfully been able to process 410,000 pounds of feedstock to the purification system. ***While this level is not what we had originally expected, this number does validate that our technology can recycle large amounts of feedstock and remove contaminants ….***
>
> ***While overall production rates were limited in Q3, we have shown the ability to run high levels of rate across our three operational steps.*** Prep, feed extrusion and product extrusion. Once utilities and solvent were working reliably, we then push feed rate …. During these operational windows, we were able to show the following key operational rates. 14,000 pounds per hour of prep feed rate, which is approximately 97% of nameplate. 9,400 pounds per hour of feed extruder flow rates, which is 77% of nameplate. Note this was achieved with only one extruder. We have two. And we intend to run both extruders at the same time. And 13,400 pounds per hour or 109% of nameplate flow rates across the final product extruder. ***These are good indicators of the system's ability to run nameplate rates once we***

> ***get our uptimes improve. We expect to see exponential increases in production rates****….*

133. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) "[m]ost of the challenges [Defendants] faced since [they] first produced pellets in June" and the reason a two-week shutdown in November was needed were caused by the deterioration of PureCycle's relationship with DB, including DB's abandonment of the project site during the start-up and commissioning of the facility and the impacts of the fallout with DB, which PureCycle was still reckoning with; (ii) progress at the Ironton Facility had been perpetually behind schedule and overbudget due to known deficiencies in DB's performance, which had existed and been ongoing since November of 2020; (iii) during the third quarter of 2023, PureCycle did not sell any plastic pellets made at the Ironton Facility; the Ironton Facility had zero production yield; zero hours of beneficial operations, and had no changes to its production capacity, and as a result of the foregoing, Defendants had no reasonable basis to claim that they had "shown the ability to run high levels of rate across [their] three operational steps" or that they had demonstrated the "system's ability to run nameplate rates".

134. On the November 8, 2023 Call, Olson further stated:

> This outage is instrumental for our ability to achieve high rates. It not only allows us to install an automatic screen changer, but we plan to have -- we plan to also take advantage of the outage to implement a number of improvement projects to fix less evasive but equally frustrating operational headaches…. ***After the outage is completed, we will restart the production at 50% rates. We will work our rates toward higher levels with the express goal to make 4.45 million pounds in December….***
>
> ***Also note that we completed commercial shipments of our on-spec material to both Formerra and Milliken.*** We're thankful for their continued partnership and excited about the applications they will develop with this material....
>
> ***
>
> ***As I take a step back and I look at the bigger items that have impacted us this year, it falls into 3 key buckets: delayed project closure, 5 to 6 months; seal leaks,***

> ***3 to 4 months; and screen leaks, 3 months ….*** There's one thing to remember about seals. Once you find the right solution, they run for years. ***Every time we have a failure, we make significant improvements. Some of them were missed during the original design. Some of the problems were a result of external factors. The power outage was one good example[.]***

135. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) the reason a two-week shutdown in November was needed were caused by the deterioration of PureCycle's relationship with DB, including DB's abandonment of the project site during the start-up and commissioning of the facility and the impacts of the fallout with DB, which PureCycle was still reckoning with; (ii) progress at the Ironton Facility had been perpetually behind schedule and overbudget due to known, curable and preventable deficiencies in DB's performance, including deficient, or nonexistent "original design[s]" which had existed and been ongoing since November of 2020; (iii) during the third quarter of 2023, PureCycle did not sell any plastic pellets made at the Ironton Facility; the Ironton Facility had zero production yield; zero hours of beneficial operations, had no changes to its production capacity, and did not generate any revenue from UPR resin produced at the Ironton Facility; and, (iv) the seal which failed following the power outage had been experiencing known problems since April of 2023.

136. On the November 8, 2023 Call, Olson responded to an analyst's question about the "kind of run rate [] the facility [was] capable [of]" as follows:

> If you look at the final product extruder absent of the beads, we've already been able to touch 110%, okay? ***When you look at the volume through the system and what we've been able to achieve as the polymers move through the system, we feel very confident in our ability to hit very high rates across the plant above the 50% mark.*** So yeah.
>
> ***Will we -- what does [] December entail? We're going to start at 50%. And we're going to ramp up to 100% maybe beyond[.]***

137. On November 8, 2023, PureCycle filed a Form 10-Q with the SEC (the "November 8, 2023 Form 10-Q"), which stated:

> ***[T]he Ironton Facility is expected to have UPR resin capacity of approximately 107 million pounds/year when fully operational. [PureCycle] expects to begin producing and selling its UPR resin in 2023[.]***

138. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) known deficiencies in DB's performance which had existed and been ongoing since November of 2020 had put progress of operations at the Ironton Facility perpetually behind schedule and overbudget, and the fallout with DB and the impact of the fallout with DB, which PureCycle was still reckoning with, had put the progress of operations at the Ironton Facility even further behind; (ii) PureCycle had not sold any plastic pellets made at the Ironton Facility; the Ironton Facility had zero production yield; zero hours of beneficial operations, and had experienced no changes to its production capacity – as such, Defendants had no reasonable basis to claim that the PureCycle could expect to begin selling UPR resin in 2023; (iii) the only plastic pellets produced at the Ironton Facility were those produced in the small limited first run on June 20, 2023; and, (iv) Defendants knew or were reckless in not knowing, that PureCycle had no possibility of achieving the December 31, 2023 milestone of operating at 50% capacity/producing 4.45 million pounds of plastic pellets, let alone of "ramp[ing] up to 100% maybe beyond".

139. The November 8, 2023 Form 10-Q further stated:

> ***During the Ironton Facility's construction phase, the Company incurred certain expenses that were not included in the original core project scope finalized in late 2020.*** The changes and additions to the original scope included investments to enhance safety, operational reliability, purification flexibility in processing different types of feedstocks, and digital automation …. ***More specifically, the additional costs are a result of, among other things, the purchase of additional purification equipment; IT infrastructure, hardware, and software; as well as inflation and supply chain issues caused by COVID-19.***

140. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) the Ironton Facility project had been incurring unnecessary, excessive costs for years due to known deficiencies in DB's performance, which had existed and been ongoing since November of 2020, and which included, but were not limited to, insufficient, incomplete or nonexistent engineering drawings, insufficient planning to ensure timely ordering of materials, a lack of organization and system for logging materials, which resulted in materials needing to be unnecessarily reordered, and booking subcontractors to do duplicative tasks due to a lack of project management; (ii) DB's abandonment of the Ironton Facility project, which, *inter alia,* required PureCycle to hire two third-party contractors to finish DB's work and led to further delays, had resulted in yet greater costs above the project scope; and, (iii) the guaranteed maximum cost of DB's work at the Ironton Facility under PureCycle's agreement with DB was $62.7 million, but this amount had ballooned to approximately $185 million due to curable, preventable and known project management deficiencies.

141. On November 8, 2023, Defendants also filed a Form 8-K with the SEC, which included a link to PureCycle's presentation to investors. Included in the presentation were the following slides:




142. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) the "Challenges [Defendants] [Were] Overcoming" were the result of known, ongoing deficiencies in DB's performance, which had existed since November of 2020, and which included, but were not limited to, insufficient, incomplete or nonexistent engineering drawings, insufficient planning to ensure timely ordering of materials, a lack of organization and system for logging materials, which resulted in materials needing to be unnecessarily reordered, and booking subcontractors to do duplicative tasks due to a lack of project management abilities; (ii) further "Challenges [Defendants] [Were] Overcoming" were due to DB's abandonment of the Ironton Facility project, which, *inter alia,* resulted in PureCycle discovering that Ironton Facility project documents had been deleted or made inaccessible to it, discovering that a critical value in a butane system had been incorrectly entered, among other serious issues, and which necessitated an inspection of all systems to confirm what DB had and had not done correctly; and, (iii) the seal issues that Defendants were seeking to "[o]vercom[e]" had been known and ongoing since April of 2023.

**C. Defendants Make Materially False And Misleading Statements In Connection With PureCycle's Failure To Meet Its December Bondholder Milestone**

143. On December 5, 2023, PureCycle posted an article on its website entitled "PureCycle Resumes Pellet Production at Ironton Purification Facility". The article stated:

> PureCycle [] has resumed pellet production at its flagship purification facility in Ironton, Ohio, following a scheduled pause to upgrade the plant. One of the most important improvements was the installation of an automatic screen changer on the final product extruder. The screen changer will help improve run times and enhance the production of PureCycle's PureFive™ Ultra-Pure Recycled ("UPR") resin.
>
> PureCycle CEO Dustin Olson said, ***"We've made many upgrades to the facility that are expected to help us run continuously and meet upcoming milestones. I look forward to sharing our progress in the coming days as we ramp up production in Ironton and bring this first-of-its-kind technology to market."***

144. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) the "scheduled pause" and "upgrades to the facility" were necessitated to rectify the impacts of known deficiencies in DB's performance that had existed and been ongoing since November of 2020; (ii) DB had abandoned the project site during start-up and commissioning activities, which had put the progress of operations at the Ironton Facility even further behind, and; (iii) as a result of the foregoing, there was no reasonable basis for Defendants to claim that they would "meet upcoming milestones", particularly the next milestone which required PureCycle to produce 4.45 million pounds of plastic pellets by December 31, 2023.

145. On December 18, 2023, PureCycle issued a press release and filed a Form 8-K with the SEC. The press release stated:

> The [Ironton Facility] successfully restarted following a November outage to address a number of key reliability issues.
>
> PureCycle CEO Dustin Olson said, "We got off to a nice start following the outage. In the first three days we pushed half the amount of feed through the system that we had in nearly five months prior to the outage. The screen changer we installed

> on the final product extruder showed that it will help with continuous pellet production." Olson added, "Other operational improvements are evidenced by increased removal of impurities in the form of co-product one and co-product two through the purification process."
>
> ***Despite these achievements, a couple of mechanical problems arose last week that are unrelated to PureCycle's core technology. The primary issues surrounded a leaking block valve and a mechanical seal failure. The Ironton facility was safely shut down following the seal failure with no further equipment damage. The needed maintenance to the plant is currently underway and should be completed in the near-term, before we return to continuous operations***.
>
> ***Due to these issues, [PureCycle] will utilize the 90-day cure period provided under an agreement with the bondholders, since the Company determined it will not meet the December 31, 2023 bondholder operational milestone under its Ironton bonds to produce 4.45 million pounds of pellets in a 30-day period.***

146. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (i) the Ironton Facility project had been perpetually behind schedule and overbudget due to known, ongoing deficiencies in DB's performance, which had existed since November of 2020, and which included, but were not limited to, insufficient, incomplete or nonexistent engineering drawings, insufficient planning to ensure timely ordering of materials, a lack of organization and system for logging materials, which resulted in materials needing to be unnecessarily reordered, and booking subcontractors to do duplicative tasks due to a lack of project management abilities; (ii) DB's abandonment of the Ironton Facility project, which, *inter alia,* forced PureCycle to conduct inspections of all systems to confirm what DB had and had not done and make any necessary repairs and necessitated hiring two third-party contractors to finish DB's work, led to further significant delays in the commissioning and start-up of the Ironton Facility; (iii) PureCycle's mechanical seal had been problematic since April of 2023, and had not been remedied during the Ironton Facility shutdown in September 2023; and, (iv) as a result of the foregoing, Defendants had no reasonable basis to claim that operations at the Ironton Facility had ever been, or soon would be, "continuous".

## VI. LOSS CAUSATION

147. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic losses suffered by Plaintiff and the Class.

148. Throughout the Class Period, as detailed herein, Defendants made materially false and/or misleading statements and/or omissions. This course of wrongful conduct caused the price of PureCycle's securities to be artificially inflated. But for Defendants' misrepresentations and/or omissions, Plaintiff and the other members of the Class would not have purchased PureCycle securities or would not have purchased such securities at artificially inflated prices. Later, when Defendants' prior misrepresentations and/or omissions were disclosed to the market, and/or when the concealed risks materialized, the price of PureCycle shares fell significantly as the prior artificial price inflation was dissipated. As a result of their purchases and/or acquisition of PureCycle securities during the Class Period, Plaintiff and other members of the Class suffered economic losses, *i.e.*, damages, under the Exchange Act. The timing and magnitude of the decline in the prices of the Company's shares negate any inference that the economic losses and damages suffered by Plaintiff and other members of the Class were caused by changed market conditions, macroeconomic factors, or Company-specific facts unrelated to Defendants' wrongful conduct.

149. As detailed *supra*, the truth regarding the Company's progress of operations at the Ironton Facility was partially revealed, and/or the concealed risks materialized, after the close of market on September 13, 2023, after the close of market on November 7, 2023, November 8, 2023, November 9, 2023, and before the market opened on December 18, 2023. As a direct result of these partial disclosures, the price of PureCycle's stock declined significantly, precipitously, thereby damaging investors as the artificial inflation in PureCycle's stock price was removed.

150. On September 13, 2023, after the close of market, Defendants revealed that operations had been shut down at the Ironton Facility since September 3, 2023, as the result of a seal system failure, following a power outage which had occurred nearly a month prior, on August 7, 2023. Defendants disclosed that they had attempted to restart operations on September 11, 2023, but were unable to eliminate the risk that the restart would be unsuccessful or whether other similar failures "may be discovered in the future." As a result of these partial disclosures, the Company's share price dropped by $1.39 per share, or ***18.4%,*** from $7.17 per share to close at $6.18 per share on September 14, 2023, on unusually heavy trading volume.

151. On November 7, 2023, after the close of market, Defendants revealed in a press release that various "mechanical" issues had slowed production at the Ironton Facility and that they would shut down operations for a two-week period in November to address these issues. On November 8, 2023, Defendants held a public conference call on which they admitted that, among other things, the Ironton Facility had had ongoing issues with pelletization throughout August and September, which they had not been able to fix, but assured investors that the November shutdown would give them the necessary time to fully address all of the "mechanical" issues that were hindering the progress of operations at the Ironton Facility.

152. On November 9, 2023, PureCycle filed its Form 10-Q with the SEC, which disclosed that PureCycle had reached an agreement with SOPA for a second waiver of an event of default under the parties' agreement, this time for PureCycle's failure to meet the September 30, 2023 milestone. SOPA agreed to extend the 50% capacity milestone completion date by 3 months, to December 31, 2023, and pushed out PureCycle's other remaining bondholder milestones by 3 months. PureCycle was required to deposit an additional $50 million in the trustee account, which PureCycle would get back if no further event of default under the agreement was to occur.

153. As a result of these partial disclosures, the Company's share price dropped by $0.64, or ***14.7%,*** from $4.36 per share to close at $3.72 per share on November 8, 2023 on heavy trading volume. The Company's share price continued to fall the next trading day, dropping another $0.63 per share, or ***16.9%,*** to close at $3.09 per share on November 9, 2023 on heavy trading volume.

154. Before the market opened on December 18, 2023, Defendants revealed in a press release that following the "planned November outage to address a number of key reliability issues[,]" the Ironton Facility had resumed operations on December 5, 2023, but "a couple of mechanical problems arose last week …. The primary issues surrounded a leaking block valve and a mechanical seal failure. The Ironton facility was safely shut down following the seal failure …. The needed maintenance to the plant is currently underway …. Due to these issues … the Company determined it will not meet the December 31, 2023 bondholder operational milestone ujnder its Ironton bonds to produce 4.45 million pounds of pellets in a 30-day period." As a result of these partial disclosures, PureCycle's share price plummeted by $2.16, or ***43.5%,*** from $4.96 per share to close at $2.80 per share on December 18, 2023, on unusually heavy trading volume.

## VII. ADDITIONAL SCIENTER ALLEGATIONS

### A. PureCycle's Dispute With Denham-Blythe Demonstrates Defendants' Scienter

155. Unbeknownst to investors, ever since construction activities commenced at the Ironton Facility in November of 2020, the project had been plagued by severe deficiencies in DB's performance and project management. During the Class Period, contrary to what Defendants told investors, known, preventable and curable deficiencies in project management are what caused PureCycle to miss its internal deadlines and its bondholder milestones and caused the project costs to balloon well over budget.

156. Starting shortly after construction commenced at the Ironton Facility, PureCycle realized that DB — a company best known for building warehouses and shopping malls, and not chemical manufacturing plants — unsurprisingly, could not perform as expected.

157. As detailed in a counterclaim PureCycle filed against DB on or about October 19, 2023 (the "Counterclaim", attached hereto as Exhibit A):

> Almost immediately after [DB] began its work on the Facility, PureCycle discovered that [DB] could not perform as promised … For example, on multiple occasions, subcontractors were given the same scope of work, which resulted in duplicated work. In other cases, PureCycle found that [DB] had scheduled work to occur, then scheduled the same work to occur again in the future, and then scheduled to have that work removed from the Facility, only to have another subcontractor perform the same work. This type of duplication increased the cost of the Facility.
>
> ***When [DB]'s inability to properly use a critical path schedule became clear, PureCycle was forced to hire a third-party to assist, all in an attempt to salvage the Project and keep it on schedule.***
>
> [DB] also struggled with basic engineering … ***[DB] often did not have engineering drawings, such as piping and instrument diagrams [], which meant that piping subcontractors were performing work without established and approved drawings to guide their work. As a byproduct of [DB]'s continued failures, and in an attempt to mitigate damages and keep the Facility's progress on track, PureCycle was forced to oversee engineering work to assure it was completed – albeit late.***
>
> [DB] also could not plan ahead and ensure materials were available. For example, ***piping was available but could not be installed because [DB] failed to ensure that structural steel had been ordered.***
>
> [DB] also could not manage the materials it did order. For example, ***deliveries of material were thrown about the Site without any sense of organization and without properly logging arrival. [DB] and its subcontractors spent hours looking for product and, in some cases, material had been stolen, thrown out, rusted and/or reordered because no one could account for delivered product.***
>
> ***[DB]'s deficiencies placed the project behind schedule and increased the cost of the Project … [DB] was wholly incapable of performing and, because of [DB]'s own inefficiencies and subpar performance, the project had fallen behind and became significantly more expensive***[.]

158. Up until January 31, 2023, PureCycle approved every change order request to extend the project schedule and to increase the contract sum. For example, in August of 2022, PureCycle approved a change order which extended the project schedule out an additional 60 days and increased the contract sum.

159. Further, on November 22, 2022—days away from the December 1, 2022 SOPA Loan Agreement bondholder deadline to complete the Ironton Facility—DB submitted another change order request, seeking to further extend the project schedule and requesting an addition $934,000. At this point, the Ironton Facility was nowhere near complete due to ongoing deficiencies in project management. Nonetheless, PureCycle approved the change order request, with the understanding that it would not approve any additional requests to extend the project schedule or for additional payment.

160. Yet, DB submitted another change order request on January 31, 2023, seeking a further extension of the project schedule and approximately $1.2 million of additional payment. PureCycle declined to approve the change order request in late February 2023. DB blamed PureCycle for causing delays and cost overruns that necessitated the change order request and demanded the parties go to mediation. Communications between PureCycle and DB became increasingly hostile.

161. By the start of the Class Period on April 25, 2023, the relationship between the parties had significantly deteriorated and was only worsening. DB had threatened to walk off the job and, as required under the parties' contract, PureCycle and DB had scheduled a mediation session in May 2023 to try to informally resolve their differences.

162. The parties' mediation efforts over the course of two sessions in May 2023 were unsuccessful. The parties' relationship completely ended in June of 2023. On June 6, 2023,

PureCycle provided notice to DB that it was withholding all amounts potentially due under the construction contract "to protect the [Company] from loss due to, among other things, professional negligence/engineering errors and omissions, defective work material breaches by [DB], amounts incorrectly paid to [DB], failure of [DB] to comply with reporting and scheduling obligations, and Liquidated Damages[.]"

163. On June 14, 2023, PureCycle advised DB that it had "recently become aware of certain documents required to be retained by the [c]ontract being taken down or missing from [the parties' Ironton Facility project shared document system][,]" and demanded that DB assure PureCycle that no records or documents were destroyed or removed.

164. On June 16, 2023, DB filed a demand for binding arbitration on the grounds that PureCycle had breached its obligations under the parties' contract and owed DB over $17 million. On or about June 21, 2023, DB filed a mechanic's lien in Lawrence County, Ohio for the same sum it claimed was owed to it by PureCycle.

165. During the commissioning and start-up of the facility, and around the time of PureCycle's first production of pellets on June 20, 2023, DB completely abandoned the Ironton Facility project site. The fallout with DB and the impact of DB's abandonment of the site caused significant additional delays in the progress of operations at the Ironton Facility and further increased the costs of the project. As PureCycle stated in the Counterclaim:

> ***During the commissioning and start-up phase – during which [DB] abandoned the Site – PureCycle discovered that [DB], or one of [DB]'s subcontractors, installed a critical value in a butane system incorrectly and against basic safety codes, which if left unresolved, placed life and safety in jeopardy.*** If [DB] was properly inspecting and monitoring all work done at the Facility, [DB] would have discovered that improperly installed value.
>
> As PureCycle investigated this issue, as well as other issues discovered as [DB] levied threats against PureCycle, PureCycle discovered [in mid-June 2023] that [DB] had begun deleting and making inaccessible to PureCycle, documents from a

> shared document management system used by the parties to store Project documents …. ***PureCycle had to undertake an inspection of all Facility systems to identify any other life and safety issues pertaining to the start-up and commissioning of the Project and repair [DB]'s work in the process****….*
>
> ***Because of [DB]'s repudiation, PureCycle was required to retain two third-party contractors to finish work at the Facility.*** PureCycle's contracts with those third-parties were time and material contracts, and thus they represented expenses that continue to be above and beyond the maximum contract price[.]
>
> ***
>
> [DB] has not assisted in commissioning and start-up …. [DB] is entirely absent from the Site as PureCycle inspects the Facility and attempts to bring it online.
>
> ***[DB]'s absence also means that necessary validation processes are significantly delayed, and thus PureCycle is unable to verify what (if anything) [DB] completed accurately at the Site to authorize any completion certificates.***

166. Thus, contrary to Defendants' representations to investors during the Class Period (for example: Defendants' statements on May 9, 2023 that they had "purposefully" "took extra time preparing the plant through a process called PSSR, or pre-startup and safety review", which was "all now complete"; Defendants' statements on August 8, 2023, that they used the month of July of 2023 to "work[] through a number of teething issues, and [] fix[] and fine-tune[] a lot of equipment[,]" and Defendants' statements on November 8, 2023, that "[m]ost of the challenges we have faced since we first produced pellets in June have been mechanical in nature and part of the operational learning curve"), operations at the Ironton Facility were delayed and overbudget due to known and curable deficiencies in project management which had existed since November of 2020, the fallout with DB, and the impact of DB's abandonment of the project.

167. In light of the numerous ongoing problems between PureCycle and DB, which PureCycle was obligated to keep bondholders apprised of under the SOPA Loan Agreement, it is unsurprising that the trustee contested PureCycle's Force Majeure Notice of September 13, 2023, which sought to blame PureCycle's failure to produce 4.45 million pounds of plastic pellets by September 30, 2023 solely on a power outage that occurred on August 7, 2023. Ultimately,

PureCycle agreed to withdraw the Notice of Force Majeure. Further, as described in a November 3, 2023, Bleecker Street Research report, the seal which failed in September had been having problems since April 2023, well before the August 7, 2023 power outage. Specifically, the Bleecker Street Research report stated:

> Through conversations with former employees, we learned the factory had been having issues with a mechanical failure in its process. ***According to several former employees, the part that failed in August and September [of 2023] was a mechanical seal on the facility candle filter that has been having issues since the factory was mechanically complete in April.***
>
> Due to the high pressures and temperatures present in the process train, this candle filter was perpetually unable to hold pressure. …. [A]s a former PureCycle employee told us: "So they're blaming it on the power but you know, an act of God came along and saved their ass is what happened."

168. PureCycle and DB's contract set forth a guaranteed maximum price of $62,722,583 for DB's work, which was intended to be completed in 2022. Out of scope items added to the project over the course of its longer-than-planned duration brought the total costs of DB's work to approximately $185 million.

169. On or about August 30, 2023, DB filed a breach of contract claim against PureCycle in Lawrence County, Ohio, which alleged that PureCycle breached the parties' contract by failing to modify the project schedule, failing to issue change orders, and failing to pay DB for all sums rightfully owed to it for the work DB performed on the project, and which stated over $17 million remained due and owing to DB from PureCycle (attached hereto as Exhibit B). On October 19, 2023, PureCycle filed the Counterclaim, which revealed the full extent and impact of PureCycle's problems with DB in connection with the Ironton Facility. The litigation was stayed due to the parties' pending arbitration.

170. In light of the numerous ongoing problems between PureCycle and DB, which PureCycle was obligated to keep bondholders apprised of under the SOPA Loan Agreement, it is

unsurprising that the trustee contested PureCycle's Force Majeure Notice of September 13, 2023, which sought to blame PureCycle's failure to produce 4.45 million pounds of plastic pellets in a 30-day period solely on a power outage that occurred on August 7, 2023. Ultimately, PureCycle agreed to withdraw the Notice of Force Majeure. Further, as described in a November 3, 2023, Bleecker Street Research report, the seal failure in September had been having issues for months prior to the August 7, 2023 power outage. Specifically, the Bleecker Street Research report stated:

> Through conversations with former employees, we learned the factory had been having issues with a mechanical failure in its process. ***According to several former employees, the part that failed in August and September [of 2023] was a mechanical seal on the facility candle filter that has been having issues since the factory was mechanically complete in April.***
>
> Due to the high pressures and temperatures present in the process train, this candle filter was perpetually unable to hold pressure. …. We suspect that blaming a month-old power outage as the cause of multiple mechanical issues, the same issues they had been dealing with since day one, was the pretext PureCycle needed to declare a Force Majeure, Or, as a former PureCycle employee told us: "So they're blaming it on the power but you know, an act of God came along and saved their ass is what happened."

**B. Defendants' Access To Information And Core Operations**

171. The Individual Defendants' scienter is also established because the alleged misstatements and omissions at issue here concerned PureCycle's core operations. The Ironton Facility was PureCycle's first commercial scale recycling facility which Defendants represented to investors that all future recycling facilities would be modeled after. Whether Defendants could demonstrate proof of concept and the commercial viability of their sole business venture would rise and fall with the success of the Ironton Facility.

172. The Individual Defendants' scienter is further supported by the fact that the Company, at all relevant times, was very small and had less than 200 employees. At the start of the Class Period, PureCycle had approximately 177 employees. Near the end of the Class Period, those numbers lessened when PureCycle laid off about 12% of its workforce.

173. The Individual Defendants were heavily involved in the Ironton Facility project and kept apprised about the day-to-day operations there, especially after the point that Defendants failed to complete the facility by December 1, 2022. As Defendants told investors on a public conference call on November 8, 2023, ***"We have two operational meetings every day, 7 days a week in Ironton ever since January 2[, 2023]."*** Defendants informed investors, in granular detail, about the nature of the mechanical issues that necessitated repairs and shutdowns – for example, on the November 8, 2023 Call, Olson described in detail "absorbent bed leaks" that necessitated installation of an automated screen changer at the facility. When PureCycle announced that commercial operations at the facility had begun on June 20, 2023, Olson was on site and told local newspeople, while wearing a hard hat and safety goggles (image below), "What you see right here are the first pellets ever made off of a commercial-scale, ultra-pure recycling facility with PureCycle".




174. The Individual Defendants' scienter is also supported by the data that PureCycle was required to submit on a quarterly basis under the SOPA Loan Agreement, which contradicted Defendants' public statements during the Class Period.

175. For example, on August 8, 2023, Defendants represented to investors on a public conference call that "Ironton is running and raising production rates every day" and that "with respect to commercial activities, we're on track …. We currently have over 10 million pounds of feedstock in inventory with over – about 50% prepped and ready for purification." However, PureCycle's quarterly submission summary revealed the opposite: the production yield was "[n]ot applicable as only one production run executed at the end of Q2[,]" ***"[t]here have been no changes to production capacity"*** and ***the hours of operation of the project were "[n]ot applicable for Q2; only one production run in June."***

176. Further, Defendants represented to investors on November 7, and November 8, 2023 that over Q3 2023, "operations continue to improve daily", PureCycle "completed commercial shipments of our on-spec material to both Formerra and Milliken" and "we were able to show the following key operational rates. 14,000 pounds per hour of prep feed rate, which is approximately 97% of nameplate". However, PureCycle's quarterly submission summary for Q3 2023 stated, ***"[t]here has been no product sold", there was "zero" production yield, and there were "[z]ero hours of beneficial operations"*** at the Ironton Facility.

177. The Construction Monitor reports, each of which were mailed to PureCycle "Attention: Dustin Olson" and which indicate that the Construction Monitor held monthly project review meetings at PureCycle's office, further support the Individual Defendants' scienter. The Construction Monitor reports during the Class Period each stated, ***"During our review[,] our observations indicated that progress made through the Relevant Period was not commensurate with the Project objectives."*** Each of the Construction Monitor reports during the Class Period stated, "The Owner has reported that at any one time either the [PureCycle] CEO and/or Chairman of the Board are to be present at the Project Site to facilitate a timely completion."

178. Each of the Construction Monitor reports set forth a table which showed the planned date of completion of significant project milestones, and the forecasted date of completion of those milestones. All of the planned dates had passed, and all of the forecasted dates would not be met either. For example, as noted in the Construction Monitor's report dated April 26, 2023, the planned date for the facility to be ready for solvent introduction was February 7, 2023 and the forecasted date was April 24, 2023 – the actual date that the facility ended up being ready for solvent introduction was May 8, 2023. The same report stated that the planned date for initial production on post-industrial feed was February 15, 2023, and the forecasted date was May 6, 2023 - the actual date that the facility eventually initiated production on post-industrial feed was June 20, 2023.

179. The Construction Monitor reports also provided details about the costs associated with the Ironton Facility project. In a report dated June 29, 2023, the Construction Monitor reported that the "total out-of-scope cost approved and/or pending [change orders] … as of April 30, 2023, was approximately $128,755,152 of which Contingency will fund $21,153,011. The remaining $107,486,734 is being funded by [PureCycle] …. We note that the forecasted budget will increase due to the delay of completion[.]"

**C. Defendants Had The Motive And Opportunity To Commit Their Fraudulent Scheme**

180. The ability of PureCycle to demonstrate that its polypropylene recycling process could achieve its nameplate capacity (107 million pounds of plastic pellets per year) at the Ironton Facility was crucial to PureCycle's survival. PureCycle's sole business venture was to commercialize its polypropylene recycling process, and this was the sole source of any revenue it hoped to generate. If Defendants failed to demonstrate the process's capabilities at PureCycle's first commercial-scale facility, that would likely be the end of PureCycle. For example, as

Defendants stated in PureCycle's Form 10-Q filed with the SEC on August 8, 2023, the Company noted that there was "substantial doubt about [PureCycle]'s ability to [remain as a going concern]" and, further:

> The Company has sustained recurring losses and negative cash flows from operations since its inception …. ***To date, we have not generated any operating revenue. We expect to begin to generate revenue in 2023 when we expect the Ironton Facility to become commercially operational.***

181. The Ironton Facility was intended to serve as PureCycle's exemplar facility, which PureCycle would model all of its subsequent recycling facilities around the world after. Indeed, by the start of the Class Period, Defendants had secured sites for follow-on recycling facilities in Augusta, Georgia (the "Augusta Project"), Belgium, and South Korea; the viability of these sister facilities was contingent on the success of the Ironton Facility and PureCycle also took on numerous debts in connection with the development of these other facilities.

182. The Ironton Facility was going to be a costly endeavor, and the original budget for the project was $242.1 million, which Defendants expected to be entirely financed by the $250 million revenue bond offering under the SOPA Loan Agreement. But before the start of the Class Period, through December 31, 2022, the total cash invested in the Ironton Facility had already exceeded the original budget significantly – indeed, by that point, Defendants had spent $280.9 million on the Ironton Facility and estimated that an additional ***$55 to $80 million*** would be needed to complete the project. Defendants were thus motivated to defraud investors during the Class Period in order to fund the construction of the Ironton Facility—the costs of which only continued to increase during the Class Period as a result of, *inter alia,* PureCycle's fallout with DB.

183. Defendants were also motivated to defraud investors during the Class Period in order to meet their obligations under the SOPA Loan Agreement. PureCycle was required to maintain at least $100 million of cash on its balance sheet under the SOPA Loan Agreement.

Further, with each waiver of an event of default provided to PureCycle under the SOPA Loan Agreement, PureCycle's deadlines were pushed out, which came at a steep price. For example, under the first limited waiver under the SOPA Loan Agreement, PureCycle was required to deposit an additional approximately $87.3 million into the trustee account and was required to close on a financing transaction by March 31, 2023 that would provide at least $150 million of working capital for PureCycle. In order to obtain $150 million of working capital by March 31, 2023, PureCycle entered into the Sylebra Credit Facility agreement, which would mature on June 30, 2024, and under which amounts outstanding would bear interest at substantial and increasing rates; for example, at a rate of 12.5% from October 1, 2023, through December 31, 2023. The second limited waiver under the SOPA Loan Agreement required PureCycle to deposit an additional $50 million into the trustee account as collateral.

184. Defendants' fraudulent scheme allowed Defendants to artificially inflate the price of PureCycle's securities during the Class Period and allowed Defendants to complete a successful private offering of senior notes on August 24, 2023, which infused PureCycle with much needed cash to the tune of ***$219.25 million*** in net proceeds.

185. The timing of PureCycle's offering of senior notes further supports Defendants' scienter; by the time that Defendants announced the offering on August 21, 2023, DB had abandoned the Ironton Facility project, which had put the progress of operations even further behind as PureCycle scrambled to hire third-party contractor replacements and attempted to conduct necessary validation processes and figure out not only what deficiencies existed but also address those deficiencies. Further, by this time, the Ironton Facility had experienced a full power outage on August 7, 2023, which slowed progress and damaged a seal which had been problematic since April of 2023. At the time of the offering, Defendants knew or should have known that

PureCycle would not be able to meet the September 30, 2023 bondholder milestone to produce 4.45 million pounds of plastic pellets, let alone any of the remaining bondholder milestones.

186. Defendants also had the motive and opportunity to defraud investors during the Class Period in order to finance PureCycle's other recycling facility projects, and to allow PureCycle to maintain compliance with the terms of agreements PureCycle had entered in connection with the construction of these other recycling facilities.

187. For example, the Company had signed a real estate lease for a future feedstock preprocessing facility in Denver, Pennsylvania, with total minimum lease payments of $52.3 million, which PureCycle would have to begin paying in late 2023. Further, the Company signed a real estate lease at the Port of Antwerp-Bruges' NextGen District, where it planned to build its first European facility in Belgium, with an initial term of 30 years and total minimum lease payments of 27.7 million euros (approximately $30 million U.S. dollars); lease payments would begin to come due on July 1, 2023.

188. Of PureCycle's other projects, the most significant pressure point was undoubtedly the Augusta Project. Defendants' aim was to model the Augusta Project off of the Ironton Facility, but at a much more massive scale, with even greater capacity. The Augusta Project was to be situated on a 200-acre location, and would have eight purification lines with the collective production capacity of 1 billion pounds of UPR pellets per year. Defendants reached an agreement in July 2021 with The Augusta Economic Development Authority ("AEDA") to build the Augusta Project. In October of 2022, PureCycle and AEDA executed an agreement under which AEDA agreed to forbear from terminating the agreement should PureCycle obtain financing for the project by December 31, 2022. On December 1, 2022—the same date PureCycle was supposed to have completed the Ironton Facility under the SOPA Loan Agreement—AEDA and PureCycle amended

their agreement, such that the period during which AEDA would forbear any action to terminate the parties' agreement was amended from December 31, 2022 to June 30, 2023. The amended AEDA agreement also required PureCycle to fund initial construction activities for one purification line and close the AEDA land transaction by June 30, 2023.

189. Analysts and investors, as well as PureCycle, widely viewed PureCycle's ability to secure financing and close the land transaction for the Augusta Project as contingent upon the success of operations at the Ironton Facility. For example, an analyst report published by Cowen and Company, LLC on April 26, 2023, stated, "[p]rogress at Ironton will help to accelerate PureCycle's ability to secure funding for its Augusta facility, as we believe post-industrial pellet production will be a key milestone for the company." An analyst report published by Roth Capital Partners, LLC on May 10, 2023, stated:

> As we (and [PureCycle]) have highlighted previously, as Ironton moves through commissioning and production targets the facility becomes increasingly de-risked. In turn, this allows for improved and cheaper access to capital to provide long term funding for Augusta.

190. On May 31, 2023, PureCycle announced in a post on its website that it had finalized a financing plan with AEDA in connection with the Augusta Project. Following PureCycle's achievement of the bondholder milestone under the SOPA Loan Agreement to produce pellets from post-industrial feedstock, on June 30, 2023, PureCycle and AEDA closed on the land transaction in connection with the Augusta Project and executed an economic development agreement. The economic development agreement, *inter alia,* provided PureCycle with significant benefits and incentives in connection with the Augusta Project, such as tax abatement benefits and infrastructure development assistance.

191. Reaching the June 30, 2023 milestones under the AEDA agreement allowed PureCycle to proceed with the Augusta Project, which the market looked upon favorably, but also

brought additional financial strain and pressure upon Defendants as well. Under the economic development agreement, PureCycle was required to commence construction with regard to the first purification line at the Augusta Project by no later than December 31, 2023 and PureCycle was obligated to spend at least $440 million toward the construction of the first purification line. Through September 30, 2023, PureCycle had only invested approximately $77 million towards construction of the first purification line at the Augusta Project. As Olson stated on PureCycle's November 8, 2023 public conference call, ***"the most important component to any financing for Augusta is going to be consistent operations in Ironton."*** Thus, Defendants were motivated to mislead investors about the true state of operations at the Ironton Facility during the Class Period in order to obtain financing for the Augusta Project and to maintain compliance with the terms of PureCycle's agreement with the AEDA.

**D. PureCycle Acted With Corporate Scienter**

192. Each of the Individual Defendants was a high-ranking management-level employee of PureCycle. The scienter of each of the Individual Defendants and of all other management-level employees of PureCycle, including each high-ranking officer or director, is imputable to PureCycle. The knowledge of each of these individuals should therefore be imputed to PureCycle for the purposes of assessing corporate scienter.

193. Even aside from the scienter of the Individual Defendants, the facts alleged herein raise a strong inference of corporate scienter as to PureCycle as an entity. Corporate scienter may be alleged independent of individual defendants where a statement would have been approved by corporate officials sufficiently knowledgeable about the company to know the statement was false. Here, the statements alleged were made to the investing public regarding the Company's operations, finances, business practices and polypropylene recycling process—all important topics

about PureCycle's sold business venture that would necessarily require approval by appropriate corporate officers who, as alleged, had very different information in their hands at the time from what was disclosed to the investor.

## VIII. PLAINTIFF'S CLASS ACTION ALLEGATIONS

194. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired PureCycle common stock between April 25, 2023 and December 18, 2023, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers, and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

195. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, PureCycle's shares actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class. Millions of PureCycle shares were traded publicly during the Class Period on the NASDAQ. Record owners and other members of the Class may be identified from records maintained by PureCycle or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

196. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

197. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

198. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b) whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of PureCycle; and

(c) whether Defendants acted knowingly or recklessly in issuing false and misleading SEC filings and public statements during the Class Period;

(d) whether the prices of the Company's securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and,

(e) to what extent the members of the Class have sustained damages and the proper measure of damages.

199. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

200. Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

(a) Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b) the omissions and misrepresentations were material;

(c) the Company's securities are traded in efficient markets;

(d) the Company's securities were liquid and traded with moderate to heavy volume during the Class Period;

(e) the Company traded on the NASDAQ, and was covered by market analysts;

(f) the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities;

(g) Plaintiff and members of the Class purchased and/or sold the Company's securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts; and

(h) unexpected material news about the Company was rapidly reflected in and incorporated into the Company's stock price during the Class Period.

201. Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

202. Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## IX. APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE)

203. The market for PureCycle's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, PureCycle's securities traded at artificially inflated prices during the Class Period. On July 31, 2023, the Company's share price reached a Class Period high of $11.84 per share. Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of PureCycle's securities and market information relating to PureCycle, and have been damaged thereby.

204. During the Class Period, the artificial inflation of PureCycle's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about PureCycle's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of PureCycle and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

205. At all relevant times, the market for PureCycle's securities was an efficient market for the following reasons, among others:

(a) PureCycle shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b) As a regulated issuer, PureCycle filed periodic public reports with the SEC and/or the NASDAQ;

(c) PureCycle regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d) PureCycle was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

206. As a result of the foregoing, the market for PureCycle's securities promptly digested current information regarding PureCycle from all publicly available sources and reflected such information in PureCycle's share price. Under these circumstances, all purchasers of PureCycle's securities during the Class Period suffered similar injury through their purchase of PureCycle's securities at artificially inflated prices and a presumption of reliance applies.

207. A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions. Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the

importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## X. NO SAFE HARBOR

208. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward-looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of PureCycle who knew that the statement was false when made.

## XI. CAUSES OF ACTION

### FIRST CLAIM
**Violation of Section 10(b) of The Exchange Act and Rule 10b-5 Promulgated Thereunder**
**Against All Defendants**

209. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

210. During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase PureCycle's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

211. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for PureCycle's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

212. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about PureCycle's business, operations, financial well-being and prospects, as specified herein.

213. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of PureCycle's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about PureCycle and its business operations and future prospects in

light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

214. Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

215. Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing the state of PureCycle's business, operations, financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period,

Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

216. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of PureCycle's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired PureCycle's securities during the Class Period at artificially high prices and were damaged thereby.

217. At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that PureCycle was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their PureCycle securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

218. By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

219. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

**SECOND CLAIM**
**Violation of Section 20(a) of The Exchange Act**
**Against the Individual Defendants**

220. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

221. The Individual Defendants acted as controlling persons of PureCycle within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

222. In particular, the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

223. As set forth above, PureCycle and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## XII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a) Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) Such other and further relief as the Court may deem just and proper.

## XIII. DEMAND FOR A TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: April 5, 2024

GLANCY PRONGAY & MURRAY LLP

By: *<u>/s/ Natalie S. Pang</u>*

Casey E. Sadler (*pro hac vice*)
Natalie S. Pang (*pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
csadler@glancylaw.com

npang@glancylaw.com

*Lead Counsel for Lead Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Natalie S. Pang*
Natalie S. Pang