**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAY SOUTHGATE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., DUSTIN OLSON, and LAWRENCE SOMMA,<br><br>Defendants. | Case No. 1:23-cv-08605-JGK<br><br>**NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Joni Jacobsen in Support of Defendants' Motion to Dismiss, and the exhibits annexed thereto, Defendants PureCycle Technologies Inc., Dustin Olson, and Lawrence Somma (collectively "Defendants") shall move this Court before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, dismissing Plaintiffs' Amended Consolidated Class Action Complaint, filed on April 5, 2024, in its entirety, with prejudice, and granting to Defendants such other and further relief as this Court deems just and proper.

Dated: May 6, 2024
New York, NY

*/s/ Joni S. Jacobsen*
DECHERT LLP
David H. Kistenbroker
Joni S. Jacobsen
35 West Wacker, Suite 3400
Chicago, IL 60601
Telephone: (312) 646-5800
david.kistenbroker@dechert.com
joni.jacobsen@dechert.com

Hayoung Park
Nina S. Riegelsberger*
1095 Avenue of the Americas

New York, New York 10036
Telephone: (212) 698-3500
hayoung.park@dechert.com
nina.riegelsberger@dechert.com

*Attorneys for PureCycle Technologies, Inc., Dustin Olson, and Lawrence Somma*

*pro hac vice* pending