**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAY SOUTHGATE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., DUSTIN OLSON, and LAWRENCE SOMMA,<br><br>Defendants. | Case No. 1:23-cv-08605<br><br>**Oral Argument Requested** |

**DECLARATION OF JONI S. JACOBSEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

I, JONI S. JACOBSEN, under penalty of perjury pursuant to 28 U.S.C. § 1746, hereby declares as follows:

I am an attorney duly admitted to practice law in the State of New York and the United States District Court for the Southern District of New York. I am a partner with the law firm Dechert LLP, and counsel for Defendants PureCycle Technologies, Inc. ("PureCycle"), Dustin Olson, and Lawrence Somma ("Defendants").

I submit this Declaration in Support of Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint.

1. Attached hereto as **Exhibit A** is a true and correct excerpted copy of the Form S-4 filed by Roth CH Acquisition I Co. (the special purchase acquisition company that merged with PureCycle Technologies LLC in a de-SPAC transaction, resulting in the public company PureCycle) on November 20, 2023.

1

2. Attached hereto as **Exhibit B** is a true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on March 2, 2023.

3. Attached hereto as **Exhibit C** is a true and correct excerpted copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on March 15, 2023.

4. Attached hereto as **Exhibit D** is a true and correct excerpted copy of PureCycle's Form 10-K filed with the Securities and Exchange Commission on March 16, 2023.

5. Attached hereto as **Exhibit E** is a true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on April 25, 2023.

6. Attached hereto as **Exhibit F** is a true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on May 1, 2023.

7. Attached hereto as **Exhibit G** is a true and correct excerpted copy of PureCycle's Form 10-Q filed with the Securities and Exchange Commission on May 9, 2023.

8. Attached hereto as **Exhibit H** is a true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on June 20, 2023.

9. Attached hereto as **Exhibit I** is a true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on June 28, 2023.

10. Attached hereto as **Exhibit J** is a true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on September 13, 2023.

11. Attached hereto as **Exhibit K** is a true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on October 25, 2023.

12. Attached hereto as **Exhibit L** is a true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on November 8, 2023.

13. Attached hereto as **Exhibit M** is a true and correct copy of a transcript of PureCycle's November 8, 2023 Quarterly Earnings Call, accessible at https://finance.yahoo.com/news/purecycle-technologies-inc-nasdaq-pct-212831250.html.

14. Attached hereto as **Exhibit N** is a true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on December 18, 2023.

15. Attached hereto as **Exhibit O** is a true and correct excerpted copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on May 9, 2023.

16. Attached hereto as **Exhibit P** is a true and correct excerpted copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on August 8, 2023.

17. Attached hereto as **Exhibit Q** is a true and correct copy of Leidos Engineering's April 2023 Monthly Construction Monitor Report, executed on June 8, 2023, and accessible at https://ir.purecycle.com/sec-filings-reports/independent-construction-monitoring-reports).

18. Attached hereto as **Exhibit R** is a true and correct excerpted copy of PureCycle's Form 10-Q filed with the Securities and Exchange Commission on November 9, 2022.

19. Attached hereto as **Exhibit S** is a true and correct excerpted copy of PureCycle's Form 10-Q filed with the Securities and Exchange Commission on August 11, 2022.

20. Attached hereto as **Exhibit T** is a true and correct copy of Defendant Olson's Form 4 filed with the Securities and Exchange Commission on August 7, 2023.

21. Attached hereto as **Exhibit U** is a true and correct copy of Defendant Olson's Form 4 filed with the Securities and Exchange Commission on September 5, 2023.

22. Attached hereto as **Exhibit V** is a true and correct copy of Defendant Olson's Form 4 filed with the Securities and Exchange Commission on November 13, 2023.

23.    Attached hereto as **Exhibit W** is a true and correct copy of Defendant Somma's Form 4 filed with the Securities and Exchange Commission on November 17, 2023.

24.    Attached hereto as **Exhibit X** is a true and correct copy of PureCycle securities' historical prices on November 2 – 3, 2023, accessible at https://finance.yahoo.com/quote/PCT/history/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois this 6th day of May 2024.

*/s/ Joni S. Jacobsen*
Joni S. Jacobsen