# EXHIBIT O

**United States**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**Form 8-K**

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **May 8, 2023**

# PureCycle Technologies, Inc.

(Exact Name of Registrant as Specified in its Charter)

| Delaware | 001-40234 | 86-2293091 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 5950 Hazeltine National Drive, Suite 300, Orlando Florida | 32822 |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**Registrant's telephone number, including area code: (877) 648-3565**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | PCT | The Nasdaq Stock Market LLC |
| Warrants, each exercisable for one share of common stock, $0.001 par value per share, at an exercise price of $11.50 per share | PCTTW | The Nasdaq Stock Market LLC |
| Units, each consisting of one share of common stock, $0.001 par value per share, and three quarters of one warrant | PCTTU | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (Sec.230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (Sec.240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 1.01. Entry into a Material Definitive Agreement.**

The Pure Plastic Term Loan Facility

On May 8, 2023, PureCycle Technologies, Inc. (the "Company) entered into a $40 million term loan facility (the "Term Loan Facility") pursuant to a Credit Agreement (the "Term Loan Credit Agreement") dated as of May 8, 2023, among the Company, as the borrower, PureCycle Technologies Holdings Corp., PureCycle Technologies, LLC and the subsidiaries of the Company as are or may from time to time become parties to the Term Loan Facility as guarantors (the "Guarantors") and Pure Plastic LLC (as a "Lender," "Administrative Agent," and "Security Agent"), which matures on December 31, 2025. Affiliates of the Lender are greater than 5% beneficial owners of the Company.

Borrowings under the Term Loan Credit Agreement may be used to repay indebtedness for borrowed money of the Company, to pay fees and expenses associated with the Term Loan Credit Agreement and the other loan documents and for general corporate purposes not in contravention of any law or of any loan document.

The Term Loan Facility is structured as a single-draw, delayed draw term loan. The Lender has committed to fund the term loans on any business day from the closing date until June 8, 2023, subject to certain limited conditions precedent (such date of funding, the "Funding Date"). Amounts outstanding under the Term Loan Credit Agreement will bear interest at a variable annual rate equal to Term SOFR (as defined in the Term Loan Credit Agreement) in effect for such period plus an applicable margin. The applicable margin is equal to 7.5%. The Company is also required to pay, on the Funding Date, (i) a closing fee to the Lenders, equal to 2.00% times the aggregate principal amount of the term loans funded by the Lenders on the Funding Date, (ii) a commitment fee to the Lenders equal to 1.00% times the aggregate principal amount of each Lender's commitments on the Funding Date, (iii) a syndication fee to the Administrative Agent equal to 0.50% times the aggregate commitments of the Lenders on the Funding Date and (iv) a monitoring fee equal to $200,000 to the Administrative Agent for the account of the Administrative Agent and the Security Agent on the Funding Date and each anniversary of the Funding Date until maturity of the term loan. Additionally, the term loan will be issued with a 5.00% original issue discount. Subject to timely prior written notice, payment of breakage fees, if any, and payment of a prepayment premium equal to (i) 12% if such prepayment occurs during the first year following the closing date or (ii) 8% thereafter, the Company may at any time and from time to time voluntarily prepay all or any portion of any outstanding borrowings.

The Term Loan Credit Agreement contains representations, covenants and events of default that are customary for financing transactions of this nature. Events of default in the Term Loan Credit Agreement include, among others: (a) non-payment of principal, interest, fees or other amounts; (b) default of specific covenants; (c) breach of representations and warranties; (d) cross-defaults to other indebtedness in an amount greater than $1 million, subject to certain exceptions; (e) bankruptcy and insolvency proceedings; (f) inability to pay debts or attachment; (g) judgments; and (h) change of control. Upon the occurrence of an event of default, the Administrative Agent shall, at the request of, or may, with the consent of, the Required Lenders (as defined in the Term Loan Credit Agreement) accelerate all loans and exercise on behalf of itself and the Lenders all rights and remedies available to it and the Lenders under the Term Loan Credit Agreement and the other loan documents.

Amounts outstanding under the Term Loan Credit Agreement are guaranteed by the Guarantors, and are secured by a security interest in substantially all of the assets of the Company. Subject to certain limited exceptions, any majority-owned direct or indirect subsidiaries of the Company formed after the closing date of the Term Loan Facility will also be required to guaranty the obligations under the Term Loan Credit Agreement and grant security interests in substantially all of their respective assets.

Amendment to Sylebra Credit Agreement

On May 8, 2023, the Company entered into the First Amendment to Credit Agreement, by and among the Company, as borrower, PureCycle Technologies, LLC and PureCycle Technologies Holdings Corp., as Guarantors, the lenders party thereto, and Madison Pacific Trust Limited, as administrative agent and as security agent (the "Sylebra Amendment") in connection with the Company's $150 million revolving credit facility governed by the Credit Agreement (the "Revolving Credit Agreement"). The Sylebra Amendment, among other things: (i) permits the Company's entry into the Term Loan Facility, (ii) provides for a new basket under the Revolving Credit Agreement's indebtedness negative covenant allowing for offerings of unsecured convertible promissory notes of up to $200,000,000, (iii) provides for new baskets under the Revolving Credit Agreement's indebtedness and lien negative covenants of up to $90,000,000 in additional equipment financings and (iv) exempts the proceeds of any such convertible notes offerings from the requirement for mandatory prepayments under the Revolving Credit Agreement.

The foregoing descriptions of the Term Loan Credit Agreement and Sylebra Amendment are not complete and are qualified in their entirety by reference to the full text of the agreements, which are attached hereto as Exhibits 10.1 and 10.2.

**Item 2.02. Results of Operations and Financial Condition.**

On May 9, 2023, the Company issued a press release, attached hereto as Exhibit 99.1 and incorporated herein by reference, announcing the Company's financial results for the first quarter ended March 31, 2023, and certain other information.

The information contained in Item 7.01 concerning the presentation to the Company's investors is hereby incorporated into this Item 2.02 by reference.

**Item 2.03. Creation of a Direct Financial Obligation or an Obligation under an Off-Balance Sheet Arrangement of a Registrant.**

The information contained under Item 1.01 of this Current Report on Form 8-K is incorporated herein by reference.

**Item 7.01. Regulation FD Disclosure.**

The slide presentation attached hereto as Exhibit 99.2, and incorporated herein by reference, will be presented to certain investors of the Company on May 9, 2023 and may be used by the Company in various other presentations to investors.

**Item 8.01. Other Events.**

Pursuant to Section 2.4(b)(vi)(C)(I) of the loan agreement dated as of October 1, 2020, by and between the Southern Ohio Port Authority ("SOPA") and PureCycle: Ohio LLC ("PCO") (as amended, the "Loan Agreement"), PCO, an indirect wholly-owned subsidiary of the Company, posted to the Electronic Municipal Market Access ("EMMA") site materials which include PCO's interim financial statements for the fiscal quarter ending March 31, 2023 (the "Quarterly Reporting Package"). The Quarterly Reporting Package is filed as Exhibit 99.3 to this current report on Form 8-K.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit Number | Description of Exhibit |
|---|---|
| 10.1 | Credit Agreement, dated as of May 8, 2023, among PureCycle Technologies, Inc., as the Borrower, PureCycle Technologies Holdings Corp. and PureCycle Technologies, LLC, as Guarantors, Pure Plastic LLC, as the Lender and Pure Plastic LLC, as the Administrative Agent and Security Agent. |
| 10.2 | First Amendment to Credit Agreement, Dated as of May 8, 2023, among PureCycle Technologies, Inc. as the Borrower, PureCycle Technologies, LLC and PureCycle Technologies Holdings Corp., as Guarantors, the Lenders party thereto, and Madison Pacific Trust Limited, as Administrative Agent and as Security Agent. |
| 99.1 | Press release by PureCycle Technologies, Inc., dated May 9, 2023. |
| 99.2 | PureCycle Technologies, Inc. presentation to investors. |
| 99.3 | PureCycle: Ohio LLC: Quarterly Reporting Package. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURE**

Pursuant to the requirements of the Securities and Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**PURECYCLE TECHNOLOGIES, INC.**
**By: /s/ Lawrence Somma**
**Name: Lawrence Somma**
**Title: Chief Financial Officer**


**Date: May 9, 2023**

Exhibit 99.1



**PureCycle Technologies Provides First Quarter 2023 Update**

*-PureCycle's flagship purification facility in Ironton, Ohio, ("Ironton") is mechanically complete, pre-startup process safety management ("PSM") processes required for solvent delivery is complete, all core operating systems have been commissioned and are ready for startup, and solvent is arriving on site.*

*-Secured $62 million of debt financing and evaluating additional proposals to incrementally fund the Augusta project and to further strengthen the Company's balance sheet.*

*-Submitted plan of finance to the Development Authority of Augusta, GA ("AEDA") for one purification line. We are working towards the goal of closing on the land rights ("Augusta Bonds") by June 30, 2023.*

**(ORLANDO, Florida – May 9, 2023)** – PureCycle Technologies, Inc. ("PureCycle" or "the Company") (NASDAQ: PCT), a U.S.-based company revolutionizing plastic recycling, today announced a corporate update and financial results for the first quarter ending March 31, 2023.

**Management Commentary**

**Dustin Olson, PureCycle's Chief Executive Officer,** said, "Our flagship facility in Ironton is days away from beginning the start-up phase of commercial pellet production of ultra-pure recycled ("UPR") resin. As part of our mission to create an 'infinitely sustainable planet,' we are focused on the health and safety of PureCycle team members and the communities in which we operate. With that in mind, we are excited to begin safely ramping up commercial operations and the production of UPR resin in our state-of-the-art purification facility in Ironton."

**Larry Somma, PureCycle's Chief Financial Officer**, added, "We continue to execute on our goal of maintaining financial flexibility and optionality prior to Ironton being operational by securing $62 million of additional debt financing since our last update, further strengthening our balance sheet. We submitted a plan of finance to the AEDA and are working toward closing the Augusta Bonds by the end of June. Our strategy remains to obtain long-term project financing once Ironton is operational. We believe that having capital that can "bridge" the Augusta project until Ironton is operational will allow the Company to access a longer-term, lower-cost source of funds."

**Ironton Update**

The Company's flagship purification facility in Ironton is certified mechanically complete, has completed the pre-startup PSM certification required for solvent deliveries and all core operating systems have been commissioned and are ready for startup. The first solvent delivery was received, and the Company expects to start producing pellets from virgin resin feedstock in the next few weeks. We will then plan to introduce post-industrial and post-consumer feedstock into the purification process and begin producing UPR resin pellets for sale and distribution to customers.

PureCycle's ramp-up strategy is to gradually increase plant capacity utilization while scaling in higher volumes of feedstock deliveries and customer offtake shipments. Management remains confident that PureCycle will achieve the operational milestones as set out in the bondholder limited waiver agreement executed in March in a timely manner.

**Expansion Update**
PureCycle continued to make progress on its various development projects since its last update. Site engineering work is progressing for the Company's Augusta location and module preparation for construction has commenced in Beaumont, Texas.

Updates on our three international development projects include: (i) the PureCycle team in Belgium has initiated site engineering work at the Port of Antwerp to start the permitting process; (ii) our joint venture team in South Korea continued to progress on engineering plans in accordance with the priorities defined by the joint venture; and (iii) we continued our JVA discussions with Mitsui, while the joint venture team has started the feasibility study process on potential purification plant locations in Japan.

**Liquidity and Capital Resources**
As of March 31, 2023, PureCycle had total liquidity of $263.9 million including $38.4 million of cash and cash equivalents and $225.5 million in restricted cash. PureCycle also had $249.6 million in debt, less $15.8 million of discount and issuance costs. As of March 31, 2023, PureCycle estimated between $26-$51 million remaining investment in 2023 to complete the Ironton project, of which $25.2 million is included in restricted cash and can be used to fund the remaining investment. This puts the higher end of the project investment at approximately $361 million. This range is dependent upon various contract contingencies and their ultimate resolution. PureCycle expects to successfully negotiate at least some of these contingencies, which would reduce the remaining 2023 investment to the lower end of the range.

Subsequent to quarter end, PureCycle closed on an equipment financing agreement for up to $22 million which is secured by Augusta PreP wash equipment. The lease has a term of 36 months, a 7% interest rate and flexible end-of-lease terms. Additionally, the Company secured a $40 million term loan with an entity controlled by Dan Gibson, the Chief Investment Officer of Sylebra Capital, PureCycle's largest shareholder. The loan matures on December 31, 2025, and bears interest at a floating rate of SOFR + 7.5%.

**Conference Call**
The Company will hold a conference call Tuesday, May 9 th at 4:00 p.m. EST to provide an update on recent corporate developments, including activity from the first quarter and updated future strategic plans.

**First Quarter 2023 Conference Call Details**

Date:            Tuesday, May 9, 2023
Time:            4:00 p.m. EST
Participant Registration:   **Click Here**

Please register for the conference call using the above link in advance of the call start time. The webcast platform will register your name and organization as well as provide dial-ins numbers and a unique access pin. If you have any difficulty connecting with the conference call, please contact PureCycle Investor Relations at (689) 233-3595.

The conference call will have a live Q&A session and be available for replay  **Click Here** and on the Company's website at www.purecycle.com. Please note there will no longer be a telephonic replay.

A replay of the conference call will be available after 8:00 p.m. Eastern time on the day of the call through May 8, 2024.

###

**Forward-Looking Statements**

This press release contains forward-looking statements, including statements about the financial condition, results of operations, earnings outlook and prospects of PCT. In addition, any statements that refer to projections, forecasts or other characterizations of future events or circumstances, including any underlying assumptions, are forward-looking statements.

Forward-looking statements are typically identified by words such as "plan," "believe," "expect," "anticipate," "intend," "outlook," "estimate," "forecast," "project," "continue," "could," "may," "might," "possible," "potential," "predict," "should," "would" and other similar words and expressions, but the absence of these words does not mean that a statement is not forward-looking.

The forward-looking statements are based on the current expectations of the management of PCT and are inherently subject to uncertainties and changes in circumstances and their potential effects and speak only as of the date of this press release. There can be no assurance that future developments will be those that have been anticipated. These forward-looking statements involve a number of risks, uncertainties or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, those factors described in the section of PCT's Annual Report on Form 10-K for the fiscal year ended December 31, 2022, entitled "Risk Factors," those discussed and identified in public filings made with the U.S. Securities and Exchange Commission (the "SEC") by PCT (including PCT's Quarterly Report on Form 10-Q for the current quarterly period) and the following:

- PCT's ability to obtain funding for its operations and future growth and to continue as a going concern;
- PCT's ability to meet, and to continue to meet, applicable regulatory requirements for the use of PCT's UPR resin (as defined below) in food grade applications (both in the United States, Europe and internationally);
- PCT's ability to comply on an ongoing basis with the numerous regulatory requirements applicable to the UPR resin and PCT's facilities (both in the United States, Europe and internationally);
- Expectations and changes regarding PCT's strategies and future financial performance, including its future business plans, expansion plans or objectives, prospective performance and opportunities and competitors, revenues, products and services, pricing, operating expenses, market trends, liquidity, cash flows and uses of cash, capital expenditures, and PCT's ability to invest in growth initiatives;
- PCT's ability to scale and build its first commercial-scale recycling facility in Lawrence County, Ohio (the "Ironton Facility") in a timely and cost-effective manner;
- PCT's ability to complete the necessary funding with respect to, and complete the construction of, (i) its first U.S. multi-line facility, located in Augusta, Georgia (the "Augusta Facility"); (ii) its first commercial-scale European plant located in Antwerp, Belgium and (iii) its first commercial-scale Asian plant located in Ulsan, South Korea, in a timely and cost-effective manner;
- PCT's ability to sort and process polypropylene plastic waste at its plastic waste prep ("Feed PreP") facilities;
- PCT's ability to maintain exclusivity under the Procter & Gamble Company ("P&G") license (as described below);
- the implementation, market acceptance and success of PCT's business model and growth strategy;
- the success or profitability of PCT's offtake arrangements;
- the ability to source feedstock with a high polypropylene content at a reasonable cost;
- PCT's future capital requirements and sources and uses of cash;
- developments and projections relating to PCT's competitors and industry;
- the outcome of any legal or regulatory proceedings to which PCT is, or may become, a party including the securities class action case;

- geopolitical risk and changes in applicable laws or regulations;
- the possibility that PCT may be adversely affected by other economic, business, and/or competitive factors, including rising interest rates, availability of capital, economic cycles, and other macro-economic impacts;
- turnover or increases in employees and employee-related costs;
- changes in the prices and availability of labor (including labor shortages), transportation and materials, including significant inflation, supply chain conditions and its related impact on energy and raw materials, and PureCycle's ability to obtain them in a timely and cost-effective manner;
- any business disruptions due to political or economic instability, pandemics, armed hostilities (including the ongoing conflict between Russia and Ukraine);
- the potential impact of climate change on the company, including physical and transition risks, higher regulatory and compliance costs, reputational risks, and availability of capital on attractive terms;
- operational risk; and
- the risk that the COVID-19 pandemic ("COVID-19"), including any new and emerging variants and the efficacy and distribution of vaccines may have an adverse effect on PCT's business operations, as well as PCT's financial condition and results of operations.

Should one or more of these risks or uncertainties materialize or should any of the assumptions made by the management of PCT prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements.

All subsequent written and oral forward-looking statements or other matters attributable to PCT or any person acting on their behalf are expressly qualified in their entirety by the cautionary statements contained or referred to in this press release. Except to the extent required by applicable law or regulation, PCT undertakes no obligation to update these forward-looking statements to reflect events or circumstances after the date of this press release or to reflect the occurrence of unanticipated events.

**About PureCycle Technologies**
PureCycle Technologies LLC., a subsidiary of PureCycle Technologies, Inc., holds a global license for the only patented solvent-driven purification recycling technology, developed by The Procter & Gamble Company (P&G), that is designed to transform polypropylene plastic waste (designated as No. 5 plastic) into a continuously renewable resource. The unique purification process is designed to remove color, odor, and other impurities from No. 5 plastic waste resulting in an ultra-pure recycled (UPR) plastic that can be recycled and reused multiple times, changing our relationship with plastic. www.purecycle.com

**Investor Relations Contact:**
Charles Place
cplace@purecycle.com
689.233.3595

**Media Contact:**
Christian Bruey
cbruey@purecycle.com
352.745.6120



Exhibit 99.2

# First Quarter 2023 Corporate Update

May 9, 2023

# Forward-Looking Statements

Certain statements in this Presentation contain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), including statements about the financial condition, results of operations, earnings outlook and prospects of PureCycle Technologies, Inc. ("PCT"). Forward-looking statements generally relate to future events or our future financial or operating performance and may refer to projections and forecasts. Forward-looking statements are typically identified by words such as "plan," "believe," "expect," "anticipate," "intend," "outlook," "estimate," "forecast," "project," "continue," "could," "may," "might," "possible," "potential," "predict," "should," "would" and other similar words and expressions (or the negative versions of such words or expressions), but the absence of these words does not mean that a statement is not forward-looking. The forward-looking statements are based on the current expectations of the management of PCT and are inherently subject to uncertainties and changes in circumstances and their potential effects and speak only as of the date of this presentation. There can be no assurance that future developments will be those that have been anticipated. These forward-looking statements involve a number of risks, uncertainties or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to, those factors described in the section of PCT's Annual Report on Form 10-K for the fiscal year ended December 31, 2022 entitled "Risk Factors," those discussed and identified in public filings made with the U.S. Securities and Exchange Commission (the "SEC") by PCT and the following: PCT's ability to obtain funding for its operations and future growth and to continue as a going concern; PCT's ability to meet, and to continue to meet, applicable regulatory requirements for the use of PCT's UPR resin in food grade applications (both in the United States, Europe, and internationally); PCT's ability to comply on an ongoing basis with the numerous regulatory requirements applicable to the UPR resin and PCT's facilities (in the United States, Europe and internationally); expectations and changes regarding PCT's strategies and future financial performance, including its future business plans, expansion plans or objectives, prospective performance and opportunities and competitors, revenues, products and services, pricing, operating expenses, market trends, liquidity, cash flows and uses of cash, capital expenditures, and PCT's ability to invest in growth initiatives; PCT's ability to complete and commission its first commercial-scale recycling facility in Lawrence County, Ohio (the "Ironton Facility") in a timely and cost-effective manner; PCT's ability to complete the necessary funding with respect to, and complete the construction of t, (i) its first U.S. multi-line facility, located in Augusta, Georgia (the "Augusta Facility"); (ii) its first commercial-scale European plant located in Antwerp, Belgium and (iii) its first commercial-scale Asian plant located in Ulsan, South Korea, in a timely and cost-effective manner; PCT's ability to sort and process polypropylene plastic waste at its plastic waste prep ("Feed PreP") facilities; PCT's ability to maintain exclusivity under the Procter & Gamble Company license; the implementation, market acceptance and success of PCT's business model and growth strategy; the success or profitability of PCT's offtake arrangements; the ability to source feedstock with a high polypropylene content at a reasonable cost; PCT's future capital requirements and sources and uses of cash; developments and projections relating to PCT's competitors and industry; the outcome of any legal or regulatory proceedings to which PCT is, or may become a party, including the securities class action case; geopolitical risk and changes in applicable laws or regulations; the possibility that PCT may be adversely affected by other economic, business, and/or competitive factors, including rising interest rates, availability of capital, economic cycles, and other macro-economic impacts; turnover or increases in employees and employee-related costs; changes in the prices and availability of labor (including labor shortages), transportation and materials, including significant inflation, supply chain conditions and its related impact on energy and raw materials, and PCT's ability to obtain them in a timely and cost-effective manner; any business disruptions due to political or economic instability, pandemics, armed hostilities (including the ongoing conflict between Russia and Ukraine); the potential impact of climate change on PCT, including physical and transition risks, higher regulatory and compliance costs, reputational risks, and availability of capital on attractive terms; and operational risk.

Should one or more of these risks or uncertainties materialize or should any of the assumptions made by the management of PCT prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. All subsequent written and oral forward-looking statements or other matters attributable to PCT or any person acting on their behalf are expressly qualified in their entirety by the cautionary statements contained or referred to in this Presentation. Except to the extent required by applicable law or regulation, PCT undertakes no obligation to update these forward-looking statements to reflect events or circumstances after the date of this Presentation or to reflect the occurrence of unanticipated events.



# 1Q Update: Ironton and Future Growth

| IRONTON 1 | GROWTH 2 | FINANCE 3 |
|---|---|---|
| • Ironton is mechanically complete, certified by independent engineer<br><br>• Completed pre-startup Process Safety Management (PSM) process required for solvent deliveries<br><br>• Solvent deliveries have started to the facility and circulation is expected early next week<br><br>• All core operating systems have been commissioned and are ready for startup<br><br>• Start-up of commercial pellet production using virgin, PIR and PCR feeds expected in 2Q23 | • Working toward agreement with AEDA to begin activities in Augusta. Preparing modules for construction in Beaumont, TX<br><br>• Initiated pre-construction engineering and permitting processes for the Antwerp, Belgium project<br><br>• Advanced the engineering process for the South Korean project in accordance with schedule<br><br>• Continued discussions on JVA with Mitsui and started feasibility study process on potential locations<br><br>• Initiating advocacy efforts to amplify PureCycle's technology within the emerging recycling space | • Secured $62M of non-dilutive debt financing and have additional PreP equipment proposals that are being evaluated<br><br>• Pursuing a range of financing options to support various growth initiatives<br><br>• PCT has submitted financing plan for one purification line in Augusta, GA; working to close the transaction by June 30, 2023 |





# Path to Pellets



# PCT Long Term Growth Continues to Progress



Beaumont, TX

### Augusta
Initiated OSBL engineering

Progressed ISBL engineering to ~90% complete

Preparing modules for construction in Beaumont, TX

### Belgium
Initiated engineering work to support permitting process

### South Korea
Advanced engineering to maintain schedule and priorities defined in the joint venture

### Japan
Continuing to make progress on a JVA with Mitsui

Started feasibility study process on preferred locations

\* All global expansion contingent on securing financing



**PURECYCLE**  | Overview | Ironton | Growth | Finance | 6

# 1Q23 Liquidity and Changes from Prior Quarter - Actual

| (IN MILLIONS) | Dec 31, 2022 | Mar 31, 2023 | change |
|---|---|---|---|
| Cash and Cash Equivalents | $63.9 | $38.4 | $(25.5) |
| Debt Securities Available for Sale | 98.6 | - | (98.6) |
| **Total Unrestricted** | **$162.5** | **$38.4** | **$(124.1)** |
| **Restricted Cash** | | | |
| Plant 1 project fund (Ironton, OH) | $13.2 | $25.2 | $12.0 |
| Augusta Construction Escrow | 39.4 | 24.4 | (15.0) |
| Other corporate requirements | 1.3 | 1.3 | - |
| **Reserve Requirements per Revenue Bonds** | | | |
| General Liquidity Reserve | 50.5 | 100.9 | 50.4 |
| Capitalized Interest and Debt Reserves | 38.0 | 50.2 | 12.2 |
| Other Required Reserves | 21.2 | 23.5 | 2.3 |
| **Total Restricted** | **$163.6** | **$225.5** | **$61.9** |
| **Total Available** | **$326.1** | **$263.9** | **$(62.2)** |

## Unrestricted Cash Changes

- Bondholder Waiver agreement
  - $50.0M moved to restricted cash for General Liquidity Reserve
  - $12.2M moved to restricted cash for capitalized interest
  - $12.0M (net) moved to restricted cash to fund remaining Ironton
  - $1.6M additional Ironton reserves
- $35.7M Ironton construction
- $2.3M Augusta and Prep
- $6.6M Payroll and benefits
- $7.6M General corporate purposes
- $1.1M LOC Fee
- $(5.0M) net released from Augusta escrow

# Capital Raise Strategy and Details

**Goals**

- Manage cash burn rate until Ironton is operational
- Maintain financial flexibility and optionality for PCT's long term capital structure
- Seek lower cost project finance capital for growth projects

**Opportunity**

- Near term: focused on equipment financing and capital outsourcing (design, build, own, operate, maintain, or "DBOOM")
- Evaluating up to $125 million of Augusta PreP equipment and outsourcing opportunities, excluding central utilities plant (CUP)
- Applied for an EU Innovation Fund grant related to Antwerp $CO_2$ emission reduction opportunity

**Realized**

- Executed $22 million Augusta PreP wash equipment financing with CSC Leasing
  - 36-month agreement with a 7% interest rate
  - Flexible end of lease terms
- Executed $40 million shareholder loan with net proceeds of $35.9 million
  - December 31, 2025 maturity with a floating rate of SOFR + 7.5%
  - No mandatory prepayments until PCT closes secured financing at Augusta purification facility
- Received proposals for additional Augusta PreP equipment financing; evaluating next steps



PURECYCLE | Overview | Ironton | Global | Finance | 8

# PureCycle Q1 Highlights

**1** Ironton is **mechanically complete,** pre-startup operations have commenced

**2** Ironton is now functioning as a PSM facility; **Solvent is on site** and prepping for circulation

**3** **Secured $62M** of non-dilutive financing for Augusta; proposals received for additional financing

**4** Visible path to **closing AEDA land transaction** by June 30, 2023

**5** **Preparing Augusta modules** for construction in Beaumont, TX

**6** **Initiated EU engineering** which will set timing for Antwerp plant startup

**7** Voted One of the **Best Places to Work** by Plastic News in 2022 for the second year in a row