# EXHIBIT X

| Finance Home | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus Y+ | ... | Try the new yahoo/finance → |

**PureCycle Technologies, Inc. (PCT)**
NasdaqCM - NasdaqCM Real Time Price. Currency in USD

Follow

Visitors trend  2W ↓  10W ↑  9M ↑

Quote Lookup

**2.4000**  -0.0500 (-2.04%)    **2.4200**  +0.02 (+0.83%)
At close: January 12 04:00PM EST    After hours: Jan 12, 08:00PM EST

| Summary | Company Insights Y+ | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability |

Advertisement

Time Period: Jan 15, 2023 - Jan 15, 2024 ⌄        Show: Historical Prices ⌄        Frequency: Daily ⌄

Apply

Currency in USD                                                         ⤓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Jun 23, 2021 | 23.5900 | 25.8900 | 23.2000 | 25.1400 | 25.1400 | 1,386,700 |
| Jun 22, 2021 | 22.5500 | 23.4300 | 21.3100 | 23.2900 | 23.2900 | 1,756,100 |
| Jun 21, 2021 | 22.3500 | 22.8700 | 21.5400 | 22.6700 | 22.6700 | 2,035,500 |
| Jun 18, 2021 | 22.1700 | 22.8000 | 21.5100 | 22.4000 | 22.4000 | 6,978,200 |
| Jun 17, 2021 | 20.2000 | 22.8900 | 20.2000 | 22.4100 | 22.4100 | 2,828,200 |
| Jun 16, 2021 | 19.1800 | 21.3700 | 19.1730 | 20.5500 | 20.5500 | 2,545,100 |
| Jun 15, 2021 | 18.6300 | 19.3300 | 17.8500 | 19.0300 | 19.0300 | 1,562,700 |
| Jun 14, 2021 | 20.0000 | 20.5600 | 18.5600 | 18.6100 | 18.6100 | 977,700 |
| Jun 11, 2021 | 18.9400 | 19.8700 | 18.6430 | 19.6500 | 19.6500 | 896,500 |
| Jun 10, 2021 | 20.2900 | 20.5200 | 18.8010 | 19.1000 | 19.1000 | 1,336,700 |
| Jun 09, 2021 | 22.3300 | 22.6900 | 19.6300 | 19.7900 | 19.7900 | 1,459,400 |
| Jun 08, 2021 | 21.1400 | 22.5100 | 21.0660 | 22.4700 | 22.4700 | 1,750,000 |
| Jun 07, 2021 | 20.5700 | 23.3900 | 20.1300 | 20.9300 | 20.9300 | 2,505,100 |
| Jun 04, 2021 | 19.2200 | 21.3200 | 18.6500 | 20.0700 | 20.0700 | 2,011,600 |
| Jun 03, 2021 | 19.1000 | 20.3600 | 18.5000 | 18.9400 | 18.9400 | 1,931,100 |
| Jun 02, 2021 | 18.0000 | 20.1300 | 18.0000 | 19.6900 | 19.6900 | 2,192,000 |
| Jun 01, 2021 | 17.0600 | 17.9880 | 16.9700 | 17.6100 | 17.6100 | 1,147,300 |
| May 28, 2021 | 17.6600 | 17.8100 | 16.9300 | 17.4200 | 17.4200 | 507,000 |

*Close price adjusted for splits.      **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Advertisement

Try the new Yahoo Finance
Better quotes, news and tools.
Try Now →

yahoo/finance

NEW: EXPERIENCE OUR BEST CHARTS YET.

Explore new charts

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **PLBY** PLBY Group, Inc. | 1.2400 | -0.0800 | -6.06% |
| **ENVX** Enovix Corporation | 10.96 | -0.42 | -3.69% |
| **FREY** FREYR Battery, Inc. | 1.5500 | -0.0300 | -1.90% |
| **EOSE** Eos Energy Enterprises, Inc. | 0.7888 | -0.0818 | -9.40% |
| **REKR** Rekor Systems, Inc. | 3.6000 | +0.1800 | +5.26% |

**Similar to PCT**

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| May 27, 2021 | 17.4000 | 18.2800 | 16.6900 | 17.4600 | 17.4600 | 1,033,200 |

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **ACTHF**<br>Aduro Clean Technologies Inc. | 1.1515 | +0.0565 | +5.16% |

**Finance Home**  **Watchlists**  **My Portfolio**  **Markets**  **News**  **Videos**  **Yahoo Finance Plus** Y+

...  Try the new yahoo!finance →

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| May 25, 2021 | 16.2500 | 16.6000 | 15.5880 | 16.0100 | 16.0100 | 798,800 |
| May 24, 2021 | 18.1000 | 18.4430 | 16.1500 | 16.4200 | 16.4200 | 1,157,600 |
| May 21, 2021 | 15.7600 | 17.9100 | 15.5600 | 17.7400 | 17.7400 | 1,274,700 |
| May 20, 2021 | 15.2500 | 15.8900 | 14.7100 | 15.8500 | 15.8500 | 1,273,600 |
| May 19, 2021 | 12.8500 | 15.4600 | 12.5010 | 14.6800 | 14.6800 | 1,803,800 |
| May 18, 2021 | 13.5900 | 14.0850 | 13.1400 | 13.3900 | 13.3900 | 1,633,600 |
| May 17, 2021 | 12.6800 | 14.3200 | 11.2900 | 13.8600 | 13.8600 | 2,486,600 |
| May 14, 2021 | 11.0500 | 12.7650 | 10.7000 | 12.4300 | 12.4300 | 2,673,400 |
| May 13, 2021 | 12.8600 | 12.8910 | 10.0600 | 10.8200 | 10.8200 | 3,075,900 |
| May 12, 2021 | 13.0200 | 13.5660 | 12.2600 | 12.5900 | 12.5900 | 1,193,300 |
| May 11, 2021 | 12.2400 | 13.6000 | 11.4300 | 13.4500 | 13.4500 | 3,723,400 |
| May 10, 2021 | 15.2500 | 15.4400 | 12.3510 | 12.6300 | 12.6300 | 2,052,400 |
| May 07, 2021 | 14.4180 | 16.1800 | 13.9700 | 15.1800 | 15.1800 | 3,195,400 |
| May 06, 2021 | 19.2100 | 19.4200 | 13.5500 | 14.8300 | 14.8300 | 11,001,100 |
| May 05, 2021 | 26.1100 | 26.1100 | 24.4900 | 24.5900 | 24.5900 | 644,500 |

*Close price adjusted for splits.      **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **SPEC**<br>Spectaire Holdings Inc. | 2.3900 | -0.5300 | -18.15% |
| **ERII**<br>Energy Recovery, Inc. | 17.91 | +0.83 | +4.86% |
| **TMG.V**<br>Thermal Energy International Inc. | 0.2650 | 0.0000 | 0.00% |

Advertisement

Advertisement

© 2024 Yahoo. All rights reserved.