**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| JAY SOUTHGATE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PURECYCLE TECHNOLOGIES, INC., DUSTIN OLSON, and LAWRENCE SOMMA, <br><br> Defendants. |

Case No. 1:23-cv-08605

**Oral Argument Requested**

**DECLARATION OF JONI S. JACOBSEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

I, JONI S. JACOBSEN, under penalty of perjury pursuant to 28 U.S.C. § 1746, hereby declares as follows:

I am an attorney duly admitted to practice law in the State of New York and the United States District Court for the Southern District of New York.  I am a partner with the law firm Dechert LLP, and counsel for Defendants PureCycle Technologies, Inc. ("PureCycle"), Dustin Olson, and Lawrence Somma ("Defendants").

I submit this Declaration in Support of Defendants' Reply in Support of Their Motion to Dismiss the Amended Consolidated Class Action Complaint.

1.   Attached hereto as **Exhibit Y** is a true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on May 9, 2023.

2.   Attached hereto as **Exhibit Z** is a true and correct true and correct copy of PureCycle's Form 8-K filed with the Securities and Exchange Commission on August 8, 2023.

1

2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in New York, New York this 25th day of June 2024.

/s/ Joni S. Jacobsen
Joni S. Jacobsen

2