

35 West Wacker Drive
Suite 3400
Chicago, IL  60601
+1 312 646 5800  Main
+1 312 646 5858  Fax
www.dechert.com

**JONI JACOBSEN**

Joni.Jacobsen@dechert.com
+1 312 646 5813  Direct
+1 312 277 3105  Fax

June 25, 2024

**VIA ECF**

Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:    **Southgate v. PureCycle Technologies Inc. et al, Case No. 1:23-cv-08605**
        **Request for Oral Argument on Defendants' Motion to Dismiss**

Dear Honorable Judge Koeltl:

On behalf of Defendants PureCycle Technologies, Inc., Dustin Olson, and Lawrence Somma ("Defendants") I write pursuant to Individual Rule II.G. to request that oral argument be scheduled and held on Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint. As demonstrated by the parties' memoranda of law and accompanying exhibits, the facts and arguments at issue are complex and Defendants believe the Court will benefit from oral argument in its determination of Defendants' Motion.  Accordingly, Defendants request that the Court grant oral argument and advise the parties of an argument date.

Respectfully submitted,

*/s/ Joni S. Jacobsen*

Joni S. Jacobsen