UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAY SOUTHGATE,

              Plaintiff,          23-cv-8605 (JGK)

- against -                    ORDER

PURECYCLE TECHNOLOGIES, INC., ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the amended consolidated class action complaint. ECF No. 37.

SO ORDERED.

Dated:    New York, New York
            June 26, 2024

                                        John G. Koeltl
                                   United States District Judge