UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAY SOUTHGATE,

                    Plaintiff,              23-cv-8605 (JGK)

          - against -                       ORDER

PURECYCLE TECHNOLOGIES, INC., ET
AL.,

                    Defendant.

JOHN G. KOELTL, District Judge:

     The parties are directed to appear for oral argument on

**Tuesday, November 12, 2024,** at **3:00 p.m.,** in Courtroom 14A, 500

Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
          October 21, 2024

                                    _____
                                         John G. Koeltl
                                    United States District Judge