

1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036
+1 312 646 5800  Main
+1 312 646 5858  Fax
www.dechert.com

**JONI JACOBSEN**

Joni.Jacobsen@dechert.com
+1 212 698 3680  Direct
+1 212 698 3599  Fax

November 18, 2024

**VIA ECF**

Honorable John G. Koeltl
Daniel Patrick Moynihan, United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Southgate v. PureCycle Technologies, Inc. et al*, No. 1:23-cv-08605
Corrected Exhibit X

Dear Judge Koeltl:

For your convenience and consideration, I hereby submit the attached Corrected Exhibit X which reflects stock price movement on November 3, 2023, and remedies the inadvertent clerical error with respect to Doc. No. 39-24.

Respectfully submitted,

*Joni S. Jacobsen*

Joni S. Jacobsen