# CORRECTED EXHIBIT X



## Related Tickers

| ARQ | ACTHF | ACT.CN | CLIR | SPEC | VLTO | UMICY | LIQT |
|-----|-------|--------|------|------|------|-------|------|
| Arq, Inc. | Aduro Clean Technolog... | Aduro Clean Technolog... | ClearSign Technologie... | Spectaire Holdings Inc. | Veralto Corporation | Umicore SA | LiqTech International, I... |
| **6.67** -3.75% | **1.1100** +7.21% | **1.5000** +4.93% | **0.8200** -9.90% | **0.5879** -2.08% | **91.05** +2.43% | **5.59** +0.27% | **2.7200** +0.93% |



Copyright © 2024 Yahoo.
All rights reserved.

  

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Biden Economy
Financial News

**ABOUT**
Data Disclaimer
Help
Suggestions
Sitemap
What's New