```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JAY SOUTHGATE,

                 Plaintiff,        23-cv-8605 (JGK)

    - against -                 ORDER

PURECYCLE TECHNOLOGIES, INC., ET AL.,

                 Defendant.

JOHN G. KOELTL, District Judge:

    The parties shall obtain a copy of the transcript of the oral argument held on November 12, 2024 and provide it to the Court.

SO ORDERED.

Dated:    New York, New York
            December 6, 2024

                              John G. Koeltl
                        United States District Judge