```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JAY SOUTHGATE,

            Plaintiff,

  - against -

PURECYCLE TECHNOLOGIES, INC., ET AL.,

            Defendant.

------------------------------------------------

23-cv-8605 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Pursuant to the Court's Memorandum Opinion and Order dated December 20, 2024, the time for the plaintiff to file a motion to amend was January 10, 2024. ECF No. 53. To date, no such motion has been filed.

    Accordingly, this case is **dismissed with prejudice**. All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close all pending motions and to close this case.

SO ORDERED.

Dated:   New York, New York
          January 11, 2025

                                            _____
                                                John G. Koeltl
                                          United States District Judge